

RECEIVED
VKM
7/2/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Langston M Childs
langstonmchilds@gmail.com
8301 W FLAMINGO RD , LAS VEGAS, NV APT 2071 89147

UNITED STATES DISTRICT
NORTHERN DISTRICT OF ILLINOIS

LANGSTON CHILDS AKA "CHARISMA 808" }
V }
FLY GUY ENTERTAINMENT }

1:24-cv-5581
Judge: Virginia M. Kendall
Magistrate Judge: Beth W. Jantz
RANDOM/ CAT 3

**COMPLAINT FOR COPYRIGHT INFRINGEMENT, HARASSMENT, AND DAMAGES**

**INTRODUCTION**

This action arises from the unauthorized use, distribution, and commercialization of the musical works created by Plaintiff, Langston Childs, also known as Charisma 808. Plaintiff, a skilled music producer, has not been compensated for his contributions despite multiple attempts to resolve the issue amicably. The Defendants have exploited Plaintiff's work without authorization, proper credit, or payment, resulting in significant financial and professional harm to Plaintiff. Moreover, Plaintiff's ability to address these infringements was hindered by severe medical conditions, including a debilitating spinal cord injury, necessitating the extension of statutory limitations under the Americans with Disabilities Act (ADA). Additionally, Plaintiff has been subjected to harassment by relatives of the artist, exacerbating the distress and challenges faced in pursuing this case.

The plaintiff respectfully informs the court that they were completely unaware that their music was being sold by the defendant. At no point did the plaintiff grant permission, license, or authorization for the defendant to sell, or otherwise commercially exploit the plaintiff's music. The plaintiff only became aware of these unauthorized activities upon discovering the defendant's use and commercialization of the music, which has led to this legal action. The plaintiff seeks appropriate remedies for this infringement, given the lack of consent and the significant

1 | financial and reputational harm suffered as a result.

2

3 | **PARTIES**

4

5 | 1. Plaintiff Langston Childs ("Plaintiff") is a resident of Las Vegas, Nevada, and is a music producer who has

6 | created original musical works under the pseudonym Charisma 808.

7

8 | 2. Defendant Fly Guy Entertainment LLC is a corporation engaged in the production and distribution of musical

9 | works, with its principal place of business in Illinois owned by Walter A Bradford

10

11 | 3. Vinny Kumar is an attorney who has represented the involved parties and has knowledge of the unauthorized use

12 | of Plaintiff's works.

13

14

15 | **JURISDICTION AND VENUE**

16

17 | This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), as this case

18 | arises under the Copyright Act.

19

20 | This Court has personal jurisdiction over Defendants because they conduct substantial business in Illinois, and the

21 | acts of infringement complained of herein occurred in Illinois.

22

23 | Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(a) because a substantial part of

24 | the events or omissions giving rise to the claims occurred in this District.

25

26 | **FACTUAL ALLEGATIONS**

27

28 | Plaintiff is the creator and copyright owner of various musical works, including but not limited to the beats and

1    songs used in the albums "Cursed With a Blessing," "Gunz N Roses." "Fire in the Church," "Don't Doubt The God,"

2    and other works released by Montana of 300 and associated entities.

3

4    Plaintiff holds copyright registrations for these works, including registration number (SRu-1-232-585) [Exhibit J].

5

6    13. Plaintiff did not enter into any written agreement with Defendant Fly Guy Entertainment LLC for the licensing

7    or use of his musical works.

8

9    Despite the lack of any agreement, Defendants used, distributed, and sold Plaintiff's musical works without

10    authorization, proper credit, or compensation.

11

12    Plaintiff made several attempts to resolve the issue amicably, including:

13    - On February 15, 2023, Plaintiff discussed the need for an agreement with Vinny Kumar and Fly Guy

14    Entertainment LLC. (Exhibit F-G)

15    - On February 23, 2023, Plaintiff initiated communication regarding the agreement. (Exhibit F-G)

16    - From 2014 to 2017, Plaintiff's works were released without any production agreement.

17    - From 2017 to the present, Plaintiff made numerous attempts to resolve the copyright and payment issues with

18    Defendants. (Exhibit F-G)

19

20    Plaintiff has provided evidence of the unauthorized use, including screenshots and articles detailing the albums

21    and songs produced by him:

22    - "Don't Doubt The God" album details (Exhibit A)

23    - "Cursed With a Blessing" album details (Exhibit A)

24    - "Fire in the Church" album details (Exhibit A)

25    - "Gunz N Roses" album details (Exhibit A)

26    - List of studio albums with chart positions (Exhibit B)

27

28

   –

1  -Plaintiff provides screenshots of Defendants alleged net worth. (Exhibit H)

2  - Plaintiff provides mp3s of beat folder along with corresponding song folder the tracks he produced. (Exhibit I)

3

4  - Articles and screenshots showcasing the unauthorized use of Plaintiff's works (Exhibits C).

5

6  Plaintiff suffered a severe spinal cord injury, which significantly impaired his ability to take timely legal action.

7  Due to his medical condition, Plaintiff could not fully pursue his legal rights within the three-year statutory period

8  typically allowed for copyright infringement claims under 17 U.S.C. § 507(b).

9  Plantiffs Medical records (Exhibit D)

10

11  Plaintiff's medical condition qualifies for reasonable accommodation under the Americans with Disabilities Act

12  (ADA), which supports the extension of the statute of limitations due to Plaintiff's inability to act timely because of

13  his disability.

14

15  Plaintiff has been subjected to harassment and threats by relatives of the artist, as evidenced by the attached

16  screenshots of messages received from Demetri Talley (Exhibit E). These messages include explicit threats and

17  derogatory language, contributing to the distress and challenges faced by Plaintiff in pursuing this case.

18

19

20  **NO FAIR USE**

21

22  The defendant's use of my music does not qualify as fair use for several reasons. Firstly, their use was clearly

23  commercial, aiming to profit directly from my creative work without adding any transformative elements. Secondly,

24  as an original and highly creative composition, my music is entitled to robust copyright protection. The defendant

25  used significant portions of my work, including key elements that are central to its identity, thus exceeding what

26  might be considered reasonable under fair use. Finally, their unauthorized use has directly harmed the market for my

27  music, causing me financial losses and damaging my ability to license and monetize my work. Given these points, it

28  is clear that their use cannot be justified as fair use under copyright law.

–

**CLAIMS FOR RELIEF**

Count I: Copyright Infringement (17 U.S.C. §§ 101 et seq.)

Plaintiff is the sole owner of valid copyrights in the musical works at issue.

Defendant has infringed Plaintiff's copyrights by reproducing, distributing, and publicly performing Plaintiff's works without authorization or compensation.

Defendants' actions have caused Plaintiff significant financial losses and damages.

Count II: Harassment

Defendants' relatives have subjected Plaintiff to harassment and threats, as evidenced by the messages from Demetri Talley.

This harassment has caused Plaintiff emotional distress and further impeded his ability to address the copyright infringement issues.

Count III: Damages for Copyright Infringement and Medical Impact

Plaintiff's spinal cord injury and associated medical issues have prevented him from pursuing his legal rights in a timely manner.

1  Plaintiff seeks compensation for the financial losses and additional damages caused by Defendants' infringement
2  and the impact of his medical condition on his ability to act.

3

4

5                                    IIII. Medical History

6          Langston Childs has been experiencing symptoms related to NF type 1 and neuromuscular scoliosis since
7  birth. His condition has necessitated multiple surgeries throughout his life, with the most recent significant surgical
8  procedure occurring almost two years ago. This intensive surgery on his entire thoracic spine has enabled him to be
9  ambulatory to some extent.

10         Despite the successful surgery, Langston still relies heavily on a wheelchair and walker for mobility both
11 inside and outside his apartment. His mobility is severely affected by chronic pain and weakness, which varies in
12 intensity, often requiring him to switch between using a wheelchair and a walker.

13         Langston's daily life is a continuous struggle both physically and financially. Although he receives $800
14 every four months from publishing royalties, this income is insufficient to cover his living expenses. His physical
15 limitations and chronic pain make it difficult for him to seek additional employment, exacerbating his financial
16 strain.

17

18

19                                    **PRAYER FOR RELIEF**

20

21 WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants as
22 follows:

23

24 A. Declaring that Defendants have infringed Plaintiff's copyrights in violation of the Copyright Act;

25

26 B. Awarding Plaintiff actual damages and Defendants' profits in an amount to be determined at trial, or statutory
27 damages as provided by law;

28

   –

C. Awarding Plaintiff compensatory damages for the harassment and emotional distress caused by Defendants' relatives;

D. Awarding Plaintiff damages for the financial losses and impact of his medical condition on his ability to pursue his rights;

E. Granting Plaintiff a permanent injunction to prevent Defendants from further infringing Plaintiff's copyrights;

F. Granting such other and further relief as this Court deems just and proper.

DATED: 16-25-2024

Respectfully submitted,

Langston Childs aka Charisma 808

8301 W Flamingo RD, Las Vegas, NV Apt 2071 , 89147

702-553-9529

LANGSTONMCHILDS@GMAIL.COM

# EXHIBIT A

1
2
3

EXHIBIT A

4

Album Titles Showing "CHARISMA 808" production credit

5
6

(Cursed with a Blessing)

7
8
9



10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLEADING TITLE - 1

1

2

3

4    (Guns N Roses)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22



23

24

25

26

27

28

PLEADING TITLE - 2

1

2

3

4

5

6

7

8    (Fire In The Church)

9

10   

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLEADING TITLE - 3

PLEADING TITLE - 4

1

2

3

4

5    (Don't Doubt the Gpd)

6

7

8

9

10

11

12

13

14

15



16    1. GODSTRONG (PROD: @SUPERMARIOHER) 2. DIRTY DANCING (PROD: @TOOBLUNTBEATS)
      3. PLUG LOVE (PROD: @SNOWGODOFFGE) 4. HAD TO SAUCE (PROD: @SNOWGODOFFGE)
17    5. BUSTA RHYMES (PROD: @CHARISMA808) 6. LOVE THE RAPPER (PROD: @SNOWGODOFFGE)
      7. BORN TO BALL (PROD: @CHARISMA808) 8. MY DRIP FT. JALYN SANDERS (PROD: @SNOWGODOFFGE)
18    9. IM THE MAN (PROD: @TYEPRODUCTIONZ)
      10. FGE CYPHER PT.4 FT. NO FATIGUE, TALLEY OF 300 & SAVAGE (PROD: @CHARISMA808)
19    11. THANKFUL FT. TAY SAV & BUDOUBLE (PROD: @TYEPRODUCTIONZ)
      12. LIKE THAT FT. TALLEY OF 300 & NO FATIGUE (PROD: @CHARISMA808)
20    13. MY DOUGH FT. JALYN SANDERS & NO FATIGUE (PROD: @SNOWGODOFFGE) 14. GODLY
      BONUS
21    15. WIFIN' YOU (PROD: @CHARISMA808)

      ENGINEERED BY E. NELSON. ECLIPSESTUDIOS.NET    
22

23    **View insights**                              **Boost post**

24

25

26

27

28

PLEADING TITLE - 5

# EXHIBIT B

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT B

**On May 20, 2016, Montana released his debut studio album, titled *Fire in the Church*. The 18-track release, which only included features from his Fly Guy Entertainment labelmates and Kevin Gates, was lauded by *XXL* magazine for its "heat-seeking bars and thought-provoking metaphors".[8] The album peaked at #95 on the Billboard 200.**

(Wikipedia )

PLEADING TITLE - 6

**List of studio albums, with selected details and chart positions**

| Title | Album details | Peak chart positions | | | |
|---|---|---|---|---|---|
| | | US [10] | US R&B/HH [11] | US Rap [12] | US Ind. [13] |
| *Fire in the Church*[14] | • Released: May 20, 2016<br>• Label: Fly Guy Entertainment<br>• Format: CD, digital download | 95 | 7 | 2 | 11 |
| *Don't Doubt the God* | • Released: May 20, 2017<br>• Label: Fly Guy Entertainment, E1 Music<br>• Format: CD, digital download | — | — | 4 | 22 |
| *Pray for the Devil* | • Released: May 20, 2018<br>• Label: Fly Guy Entertainment, E1 Music<br>• Format: CD, digital download | — | — | 3 | 37 |
| *A Gun in the Teachers Desk* | • Released: November 16, 2018<br>• Label: Fly Guy Entertainment, E1 Music<br>• Format: CD, digital download | — | — | 10 | — |
| *Views from the General's Helmet* | • Released: May 20, 2019<br>• Label: Fly Guy Entertainment, E1 Music<br>• Format: CD, digital download | — | — | — | — |
| *Rap God* | • Released: January 6, 2022<br>• Label: Fly Guy Entertainment, E1 Music<br>• Format: CD, digital download | — | — | — | 1 |

**Mixtapes** [edit]

**List of mixtapes, with selected details**

| Title | Details |
|---|---|
| *Cursed With a Blessing*[15] | • Released: December 1, 2014<br>• Label: Fly Guy Entertainment<br>• Format: Digital download |
| *Gunz n Roses*[16] | • Released: December 2, 2015<br>• Label: TSO Records |

PLEADING TITLE - 7

# EXHIBIT C

28  27  26  25  24  23  22  21  20  19  18  17  16  15  14  13  12  11  10  9  8  7  6  5  4  3  2  1

PLEADING TITLE - 8

EXHIBIT C

🔒 vibe.com/music/music-news/montana-of-300-here-now-414031/amp/

Purpose in Life On 'Here Now'

TONY M. CENTENO

April 1, 2016 12:55PM EDT

   



Getty Images

Montana Of 300 has captivated his independent following online and continues to garner attention from the likes of Kanye West, Rick Rubin, Russell Simmons, and more.

Recently, the Chi-Town spitter enticed us with his raw cut "Land of the Dark" and illuminated our minds with his video for "MF's Mad



"Wifin' You" Official Lyrics & Meaning | Verified

5, 2017

of 300 even shocked his manager when he played him the song "Wifin' You." The song, produced by Charisma 808, landed on his 2016 project, Fire In The Church, and i

ious works. It all focuses on settling down with that special someone—just in a way more explicit way.

https://genius.com/a/montana-of-300-b...

11K    Share    Download    Clip

xxlmag.com/montana-of-300-dont-doubt-the-god-album-interview/

NEWS | MUSIC | VIDEOS | FRESHMAN | SHOP | FEATURES | LISTS | MAGAZINE



LA ADICIÓN no es dulce

Descubra cómo las empresas tabacaleras utilizan los saborizantes para atraer tu atención. www.AttractingAddictionNV.com

# MONTANA OF 300 FEELS BLESSED DESPITE BEING IN JAIL DURING 'DON'T DOUBT THE GOD' ALBUM RELEASE

Preezy / Published June 5, 2017



SHARE

TWEET

Play Montana of 300
on Amazon Music Unlimited (ad)

Given hip-hop's complicated love affair with the streets, a multitude of rap artists have analyzed and examined the criminal element, often sharing what is promoted as first-hand accounts, adding to the authenticity that has made the game a voice for the underprivileged and the the voiceless. Unfortunately, the line between reality and rap can blur, accounting for the incarceration of a number of figures in hip-hop, with Montana of 300 being one of the more recent rhymers to find himself confined within the belly of the beast.

On May 17, the rising Chicago rapper, who made major waves last year with his debut album, Fire in the Church, announced on Instagram that he had been arrested and was incarcerated in an undisclosed location, but failed to give any more info to the matter.

Descubra la amarga verdad sobre los productos de vapor y tabaco saborizados.

Amargando la Adicción

www.AttractingAddictionNV.com

SPECIAL FEATURES



GREATEST HIP-HOP ALBUM COVERS OF ALL TIME




LISTEN NOW
XXL Higher Level Radio

xxlmag.com/montana-fire-in-church/

SEPHORA
JOIN NOW ▸

30%
OFF
Use code
SAVENOW

10%
OFF

SEPHORA
Savings Event

NEWS | MUSIC | VIDEOS | FRESHMAN | SHOP | FEATURES | LISTS | MAGAZINE



# MONTANA OF 300 GOES HARD ON 'FIRE IN THE CHURCH' ALBUM

Dominique Zonyeé | Published: May 20, 2016

FGE / TSO Music Group



Hello Custom!

f  SHARE        TWEET



▶ ————●———— Play Montana of 300
on Amazon Music Unlimited (Ad)  🔊

XXL Freshman nominee **Montana of 300** is sticking true to his word. After scoring more than 16 million YouTube views for his freestyle over Dej Loaf's "Try Me" and gaining recognition for songs "Here Now" and "WTS Now," the Chicago rhymer is ready to deliver his new album, *Fire in the Church*, out today.

The new 18-track project is a thanks to fans who have supported the indie rhymer and supported his heat-seeking bars and thought-provoking metaphors. Montana went hard to give his following something they could be proud of and he's confident they will not be disappointed.

SPECIAL FEATURES



GREATEST HIP-HOP ALBUM COVERS OF ALL TIME



PLEADING TITLE - 11

1
2
3
4
5
6

## MONTANA OF 300 ALBUM TITLES WITH LINKS

7
8
9

**FIRE IN THE CHURCH**

SPOTIFY - https://open.spotify.com/album/1SwY2wAGVk4KKYPPHsRIJC ( May 20, © 2016

10

FGE / TSO Music Group )

11

APPLE MUSIC - https://music.apple.com/us/album/fire-in-the-church/1646236934

12

AMAZON MUSIC - https://www.amazon.com/Fire-Church-Montana-300/dp/B0BHHL5ZPG

13
14

**CURSED WITH A BLESSING - (December 1, 2014**

15

**© 2014 TSO Records )**

16

SPOTIFY - https://open.spotify.com/album/2khOCobafuywlrAvx0IKkv?autoplay=true

17

APPLE MUSIC - https://music.apple.com/us/album/cursed-with-a-blessing/1199623312

18

AMAZON MUSIC -

19

https://www.amazon.com/dp/B0BHXMMB58/ref=sr_1_fkmr0_1?crid=2HH12UQB4SHBS&keywords=cursed+wit

20

h+a+blessing+montana+of+300&qid=1681358665&sprefix=cursed+with+a+blessing+montana+of+300%2Caps%2

21

C141&sr=8-1-fkmr0

22
23

**Don't Doubt The God - Entertainment One Distribution US - May 19, 2017**

24

**SPOTIFY - https://open.spotify.com/album/0eib7ce2tMNmDAkw77ICtl?autoplay=true**

25

**APPLE MUSIC - https://music.apple.com/us/album/dont-doubt-the-god/1236581173**

26

**AMAZON MUSIC - https://www.amazon.com/Dont-Doubt-God-Explicit-**

27

**Montana/dp/B071S7M6Z7**

28

PLEADING TITLE - 12

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GUNS N ROSES December 2, 2015 © 2015 TSO Records**

**APPLE MUSIC -** https://music.apple.com/us/album/gunz-n-roses/1646228705

**SPOTIFY -** https://open.spotify.com/album/6eU22kRmtuebTZYZJRcenK?autoplay=true

**AMAZON -** https://www.amazon.com/music/player/albums/B0BHL17N93

PLEADING TITLE - 13

# EXHIBIT D

CHILDS, Langston **DOB:** 07/16/1991 (31 yo M) **Acc No.** 142454 **DOS:** 08/30/2022

 **PROCARE**
**Medical Group**

**Childs, Langston**
31 Y old Male, DOB: 07/16/1991
Account Number: 142454
5101 E TWAIN AVE, APT 151, LAS VEGAS, NV-89122-4713
Home: 702-553-9529
Guarantor: Childs, Langston  Insurance: Nevada
Medicaid Payer ID: SKNV0
Appointment Facility: Procare Medical Group (Mtn Edge)

08/30/2022

Progress Notes: Pandora Williams, PA-C

### Current Medications
Not-Taking/PRN
- Lidocaine 5 % Ointment 1 application to affected area as needed Externally Three times a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
Medication List reviewed and reconciled with the patient

### Past Medical History
Neurofibromatosis, unspecified.
Scoliosis, unspecified.

### Surgical History
spine sx 09/2018
L leg sx 09/2018

### Family History
Father: alive
Mother: alive

### Social History
Screenings:
Flu Shot: never Wafer,Daneisha 8/30/2022 10:50:31 AM >.
Colonoscopy: screening Wafer,Daneisha 8/30/2022 10:50:37 AM >. PSA: screening never Wafer,Daneisha 8/30/2022 10:50:54 AM >. Eye Exam: Screening 1 yr ago Wafer,Daneisha 8/30/2022 10:50:43 AM >. no Alcohol, Wafer,Daneisha 8/30/2022 10:50:59 AM >. no Recreational drug use, Wafer,Daneisha 8/30/2022 10:51:02 AM >. no Smoking, Wafer,Daneisha 8/30/2022 10:51:06 AM >. no Quit smoking, Wafer,Daneisha 8/30/2022 10:51:11 AM >. Caffeine: yes, coffee, tea- occasional Wafer,Daneisha 8/30/2022 10:51:15 AM >. no Exercise, Wafer,Daneisha 8/30/2022 10:51:19 AM >.

### Reason for Appointment
1. Questions/ppwk.dwp

### History of Present Illness
annual physical:

31 year old male presnting to cliniuc requesting paper work for request to change his up stairs apartment ot downstairs wiht more space to facilitate his wheelchair to be used in the apartment more space to accomdate. He admit to living in the same apartment for five years you have requested a change to the first floor in the past however has always been denied. Due to his chronic diagnosis of neurofibromatosis with neuromuscular scoliosis mobility was 100% depending on his wheelchair. However with ongoing management by the specialist and spine surgeon he was being evaluated for possible surgical correction with hopes that would allow him to be able to ambulate at some point therefore he was very patient with his denials in the past. At this point his surgery was very successful almost two years ago now in that he is able to ambulate without his wheelchair a Walker for short distances and periods of time. However he still need to use his wheelchair and Walker for mobility inside his apartment and outside his apartment depending on severity of his symptoms of pain and weakness secondary to his chronic diagnosis. He continued to have pain in multiple joints secondary to the chronic diagnosis of neurofibromatosis He denied chest pain, tachycardia, palpitations, headaches, abdominal pain,.

### Vital Signs
Ht **71 in**, Wt **127.4 lbs**, BP **118/80 mm Hg**, HR **80 /min**, RR **18 /min**, Temp **98.1 F**, Oxygen sat % **98**, BMI **17.77** Index.

### Examination
Thoracic Spine/Upper Back:

VERTEBRAL SPINE TENDERNESS: tenderness in paraspinal muscles thoracic and lumbar spine.Well healed surgical scar t-spine to l/s spine. Scattered flesh tumors on entire back due to neurofibromatosis non tender to touch. Much improved ability to ambulate compared to a year ago however he will always have continued limitations secondary to his chronic diagnosis of

Progress Note: Pandora Williams, PA-C  08/30/2022

CHILDS, Langston **DOB:** 07/16/1991 (31 yo M) **Acc No.** 142454 **DOS:** 08/30/2022

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
ICU 2018

**Review of Systems**
Constitutional:
  See HPI for details

neurofibromatosis will always need his wheelchair cane and or a Walker depending on severity of his symptoms . RASH/SKIN LESION: scattered flesh color tumors on anerior posterior trunk few on extremeties and face .
ENT/Respiratory:
  General Appearance: oriented x 3 pleasant, appear chronic ill due to his diagnoses of neurofibromatosis NAD thin frame well nourished and hydrated Well groomed Appear a little uncomfortable sitting in exam room chair This is the first time I seen him out of his wheechair.. Eyes: conunctiva clear EOM' s intact pupils perla bilateral. Ears: tympanic membranes normal bilaterally. Nose: unremarkable. Throat: no erythema or exudate. Neck: supple, non-tender, no lymphadenopathy. Heart: RRR, normal S1 S2, no murmurs. Lungs: clear to auscultation bilaterally good expansion symmetrical. Abdomen: soft, NT/ND, BS present. Extremities:
  difficulty changing from he exam room chair to a standing . he is able o am. Not much muscle mass due to his chronic diagnoses However his ability to ambulate has much improved since surgical correction for a thoracic spine almost two years ago. . Extremeties week upper and lower bilatreal DTR 2+ bilaterl upper and lower bilateral

**Assessments**
1. Neurofibromatosis, unspecified - Q85.00 (Primary)
2. Neuromuscular scoliosis, thoracolumbar region - M41.45
3. Pain in unspecified joint - M25.50

**Treatment**
**1. Neuromuscular scoliosis, thoracolumbar region**
Notes: Discussion with patient regarding his presenting request for paperwork to be completed to accommodate him with a first floor apartment with additional space to accommodate his wheelchair as needed is extremely indicated and appropriate.

Discussion with patient regarding his ongoing positive attitude and compliance with all medical requirements Is a major reason for his successful very intense surgical procedure on his entire thoracic spine almost two years ago that have allowed him to be able to be ambulatory at all. His chronic diagnosis of neurofibromatosis and neuromuscular scoliosis has no cure only symptom matic treatment . Most people do not have such a success after the surgery that allowed them to be ambulatory at all. It is very important that he continued to comply with using his wheelchair in his apartment as well as out side depending on severity of his symptoms of increased weakness and pain in multiple joints including his thoracic spine . He is 100% disabled secondary to his chronic ongoing medical diagnosis and I strongly recommend that he be considered to move to a apartment on the 1st floor that is larger to accommodate the use of his wheelchair for mobility Forms completed take reflect the same.

Progress Note: Pandora Williams. PA-C 08/30/2022

https://nvpomcapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encou... 9/22/2022

CHILDS, Langston **DOB:** 07/16/1991 (31 yo M) **Acc No.** 142454 **DOS:** 08/30/2022

**Follow Up**
6 Months

**Electronically signed by Pandora Williams , PA-C on 08/30/2022 at 12:10 PM PDT**

**Sign off status: Completed**

**Procare Medical Group (Mtn Edge)**
**7855 BLUE DIAMOND RD**
**STE 102**
**LAS VEGAS, NV 89178-9354**
**Tel: 702-331-9464**
**Fax: 702-331-9917**

Progress Note: Pandora Williams, PA-C   08/30/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



Jason E. Garber, MD FACS
Stuart S. Kaplan, MD FACS
Gregory L Douds, MD
**Scott Glickman, DO FACOS**
Aurangzneb Nagy, MD FAANS
Patrick McNulty, MD

*Assistant to Dr. Glickman: Catherine Busbee*
*(702)462-3722   cbusbee@lvspineandbrain.com*

January 15, 2020

RTC of Southern Nevada

*RE: CHILDS, LANGSTON*

To Whom It May Concern:

Langston Childs is a young man who suffers from neurofibromatosis who underwent a very complicated surgery on his neck. He is doing much better with his recovery, but still travels with a wheelchair and a walker at all times. The services from the RTC for transportation for his disability are still required period. He is in ongoing rehabilitation therapies and ongoing follow up for neurosurgical care. Please provide him appropriate transportation services for wheelchair or walker care period. Thank you.

Yours truly,

Scott Glickman DO FACOS
Board Certified Neurosurgeon, Neurotintensivist
Las Vegas Neurosurgical Institute
Center for Spine and Brain Surgery
Division of Complex Care

*This document is dictated and signed but not read.  Please excuse any typographical errors.*

**Tenant Accommodation Request Form**

Date 8/30/2022

Request Redo 9/22/2022

Physician's Name PAndora Lullians

Tenant's Name Langston Childs

Procare Medical Group
7855 Blue Diamond Rd #102
Las Vegas, NV 89178
Phone: 702-331-9464
Fax: 702-331-9917

Physician Phone _____ Email _____

Facility _____

Describe the nature, extent, and duration of your disability

Permenet Desabled with debility Hx of Neurychromators
This result with Multi escar finding, Multi musculuskeltol
Issue abdruent, His turners Ensaratha Spein severly resuce
Cwell limiter ability to walk, she ho (R) leg lower respect
sessist with must by be interaction under recent 2018

Describe the accommodations you believe are needed

Requestey lint apartur on first floor
with soon to use his wheelchar when needed
His diagnoses is perment with continued assurance
green and bone destructe due to turns multiphy

Provide the name, address, telephone and fax numbers of your health care provider

Procare Medical Group
7855 Blue Diamond Rd #102
Las Vegas, NV 89178
Phone: 702-331-9464
Fax: 702-331-9917

I authorize the release of information regarding my disability to Advanced Mgmt Grup?
management as deemed necessary by Raquel Perez to facilitate this request for
accommodation

Tenant signature: _____

Physician signature: _____

Date: 9/22/2022

*Last office not attached*

Attach any supporting documentation that may be helpful in evaluating this request for accommodation

I authorize the release of information regarding my disability to
Advanced Mgmt Group _____ ; as deemed necessary to facilitate this request for accommodation

Doctors signature: _____

Patient signature: _____

Date: 8/22/2022

# EXHIBIT E

1

2

EXHIBIT E

3

4

5
**2:56**

6
< **Demetri Talley** >
Active 1h ago

7

8

**Demetri Talley**

9
og_melv_of_fge · Instagram

1.6K followers · 501 posts

10
You don't follow each other on Instagram

11
**View profile**

12

**2:56**

< **Demetri Talley** >
Active 1h ago

But u still suckin dick

Bitch ass nigga Idgaf u a hoe and
that u did was some hoe shit now
get dick suckin ass on somewhere

Idgaf fuck u and the them u police
bitch ass lying ass nigga

I'll press charges for harassment
and threats

13
FEB 1, 2023

14
U bitch ass nigga

Don't get caught bitch

15
👍

16

17
Bitch ass nigga u was fan

18
😂😂😂

19

20
Goofy

And still broke ⌄

21

Message... 🎤 🖼 

22

U bitch ass nigga

Don't get caught bitch

Making threats on behalf of a felon

Bitch I still dgaf u fag

Go suck a dick or something

Bitch so ⌄

Message... 🎤 🖼 >

23

24

25

26

27

28
PLEADING TITLE - 14

# EXHIBIT F

 Gmail

**L Childs <langstonmchilds@gmail.com>**

---

## ATTN : CHARISMA 808/MONTANA OF 300
76 messages

---

**L Childs** <langstonmchilds@gmail.com>                            Sat, Feb 12, 2022 at 6:01 PM
To: Vinny Kumar <vinnykumarlaw@gmail.com>

Vinny,

Its Charisma 808 . lets get this all settled, have the accounting redone and have the money divvied up like it's supposed to. We're Talking 25 songs that i've produced.

I never received a check from Montana of 300. Let's get it together. Ill contact E one entertainment regarding that producer agreement, but as for the 25 songs i've produced I need those a check and my royalties.

Thanks
Mr Childs

---

**Vinny Kumar** <vinnykumarlaw@gmail.com>                       Sun, Feb 13, 2022 at 4:07 PM
To: L Childs <langstonmchilds@gmail.com>

I'll speak to Montana tomorrow so we can sort out the producer agreement. Did you have any comments on the one I sent over a while back?

Sent from my iPhone

> On Feb 12, 2022, at 9:02 PM, L Childs <langstonmchilds@gmail.com> wrote:
>
>
> [Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                            Sun, Feb 13, 2022 at 4:41 PM
To: Vinny Kumar <vinnykumarlaw@gmail.com>

I'm not ready to negotiate anything for wifin you yet, that might have to be in a separate agreement, but all the other ones I produced we can work something out.  He's already generated a lot of revenue from those songs, so a reasonable check upfront with a SoundExchange LOD and 5 points for the 24 songs that I've produced . And this would be non exclusively.
[Quoted text hidden]

---

**Vinny Kumar** <vinnykumarlaw@gmail.com>                      Wed, Feb 16, 2022 at 7:43 AM
To: L Childs <langstonmchilds@gmail.com>, 300FGE <fgedbc1@gmail.com>

Hey Langston,

I'm looping in Montana's management so we can get this sorted. We are discussing and will come back to you shortly.

Best,
[Quoted text hidden]

2/27/23, 5:36 PM                                    Gmail - ATTN : CHARISMA 808/MONTANA OF 300

--

Vinny Kumar, Esq.
Keniley Kumar, LLC
(o) 770-263-0000
(c) 404-457-3333
(f) 404-393-3724

CONTENT PROTECTED BY ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT
This e-mail and its attachments (if any) are confidential attorney work
product, privileged and exempt from disclosure and or discovery under
applicable law. If you are not the intended recipient of this message, you
are prohibited from reading, disclosing, reproducing, distributing,
disseminating or otherwise using this transmission. Delivery of this message
to any person other than the intended recipient does not waive any right or
privilege. If you receive this message in error, please promptly notify the
sender by reply e-mail and immediately delete this message from your system.

---

**300FGE** <fgedbc1@gmail.com>                              Wed, Feb 16, 2022 at 8:03 AM
To: Vinny Kumar <vinnykumarlaw@gmail.com>
Cc: L Childs <langstonmchilds@gmail.com>

Hey Langston,

Can you send a list of all of the songs you have produced for Montana of 300?  We will get this sorted out asap.

Thanks

> On Feb 16, 2022, at 10:43 AM, Vinny Kumar <vinnykumarlaw@gmail.com> wrote:

[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                    Wed, Feb 16, 2022 at 9:27 AM
To: 300FGE <fgedbc1@gmail.com>

**Montana of 300** - Wifin You, Busta Rhymes, Born to Ball, FGE CYPHER part 1 , FGE
CYPHER Part 2, FGE Cypher Part 3, FGE CYPHER Part 4, Like That, , Angel With An Uzi ,
Never Gave Up, Planet of the Apes, WTS Now,  BOBE, Gas Mask,  Daddy Used to be the
Plug,  MFS Mad PT 1,  MFS Mad Part 2, Bang Bang,  Ridin Wit The Choppa , Rock N Roll, On
Me, No Mercy, FGE LOADED, Born 2 Ball

"Wifin You" would have to be in a separate agreement.

Thank You,
Mr. Childs

---

**300FGE** <fgedbc1@gmail.com>                              Wed, Feb 23, 2022 at 6:59 AM
To: L Childs <langstonmchilds@gmail.com>

Hey Langston we are actively trying to do accounting on these songs. As you can imagine it takes a little bit of time when they are fractions of full projects so please bear with us.

> On Feb 16, 2022, at 12:27 PM, L Childs <langstonmchilds@gmail.com> wrote:

[Quoted text hidden]

---

**MontanaOf300** <fgedbc1@gmail.com>              Tue, Mar 8, 2022 at 7:37 AM
To: L Childs <langstonmchilds@gmail.com>, vinnykumarlaw <vinnykumarlaw@gmail.com>

Hey Langston,

So I think it would be prudent to knock out these producer agreements one project at a time. That way, once we come to an agreement, we could apply the same specs to the rest of the library that you have produced for Montana of 300...

For Fire In the Church you produced:
FGE Cypher Pt. 2.
Angel With An Uzi
WTS now
Daddy Used to be the Plug
MFs Mad pt 2
Bang Bang

Is this correct?

[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>              Tue, Mar 8, 2022 at 8:56 AM
To: MontanaOf300 <fgedbc1@gmail.com>

That's sounds good. Can we start from Cursed with a blessing.
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>             Tue, Mar 8, 2022 at 10:00 AM
To: MontanaOf300 <fgedbc1@gmail.com>

Also there are songs that were not on albums we should take care of too. FGE LOADED , STEPHEN CURRY, J REAL, IN MY CITY, ... there was also tracks o produced on TALLEY OF 300 "GOOD GRIEF" album.. good grief , black on black everything, How it Go,
[Quoted text hidden]

---

**MontanaOf300** <fgedbc1@gmail.com>            Wed, Mar 9, 2022 at 11:43 AM
To: L Childs <langstonmchilds@gmail.com>, vinnykumarlaw <vinnykumarlaw@gmail.com>

Ok sounds good. For Cursed with a Blessing you had:

Planet Of The Apes
On Me

Correct?
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>            Wed, Mar 9, 2022 at 12:24 PM
To: MontanaOf300 <fgedbc1@gmail.com>

That's correct
[Quoted text hidden]

2/27/23, 5:36 PM             Gmail - ATTN : CHARISMA 808/MONTANA OF 300

---

**MontanaOf300** <fgedbc1@gmail.com>          Thu, Mar 10, 2022 at 8:59 AM
To: L Childs <langstonmchilds@gmail.com>, vinnykumarlaw <vinnykumarlaw@gmail.com>

Ok so we are prepared to pay you 1.5% on back royalties as well as all the royalties moving forward. To be honest a lot of producers Montana has worked with don't get a royalty split simply because we are a small independent label with no staff to speak of so keeping track of that accounting and payouts would be impossible. I've never really heard of any "SuperProducers" in this industry getting more than 3% so 5% is just a non starter. If we can work together on this we can apply this to the whole catalog and get you paid cash for all those back royalties fast.

+50% of publishing of course

If this is agreeable to you let me know and I will have a producer agreement put together for this first batch and we can apply to the rest of the catalog as well.

Thanks
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>          Thu, Mar 10, 2022 at 9:48 AM
To: MontanaOf300 <fgedbc1@gmail.com>

That sounds cool. However, some of those songs have higher streams than others, especially since those streams are still increasing.. How about 1.5 for lower streamed songs, but songs with the higher streams 3%. A lot of Montanas producers have not brought as much revenue to the company as I have. I'm also curious to know if Montana of 300 wants to take one more shot at us working together for one more song. If he doesn't it's fine, but I'm ready to move forward.
[Quoted text hidden]

---

**MontanaOf300** <fgedbc1@gmail.com>          Thu, Mar 10, 2022 at 10:57 AM
To: L Childs <langstonmchilds@gmail.com>, vinnykumarlaw <vinnykumarlaw@gmail.com>

It would be easier to just do a consistent % across the board so how about 2%?

I can ask about taking one more shot at working together.

If this is cool send your name and address and we can get the paperwork started

Thanks
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>          Thu, Mar 10, 2022 at 12:20 PM
To: MontanaOf300 <fgedbc1@gmail.com>

Okay. Please remember we're going to put Wifin You to the side for negotiation. Langston Childs, Las Vegas, NV . 5101 E TWAIN AVE. Building 13, Unit 151,
[Quoted text hidden]

---

**MontanaOf300** <fgedbc1@gmail.com>          Tue, Mar 15, 2022 at 7:22 AM
To: L Childs <langstonmchilds@gmail.com>

Understood. I have the 1st one attached for Cursed with A Blessing songs. Review, sign and send back at your convenience
[Quoted text hidden]

---

📄 **ProducerAgmt-MontanaOf300_Charisma808_CursedWithABlessing.pdf**
   246K

---

**L Childs** <langstonmchilds@gmail.com>          Tue, Mar 15, 2022 at 10:46 AM
To: MontanaOf300 <fgedbc1@gmail.com>

2/27/23, 5:36 PM                                  Gmail - ATTN : CHARISMA 808/MONTANA OF 300

Thank you.
[Quoted text hidden]

---

**MontanaOf300** <fgedbc1@gmail.com>                                   Tue, Mar 29, 2022 at 8:57 AM
To: L Childs <langstonmchilds@gmail.com>

Hey Checking in here, wanted to be sure everything was good before getting all of the other ones made so we weren't
back tracking.  Since I hadn't heard from you I went ahead and completed Gunz N Roses, Fire In The Church & No
Surrender No Retreat they are attached
[Quoted text hidden]

---

**5 attachments**

📄 **ProducerAgmt-MontanaOf300_Charisma808_FITC2.pdf**
    249K

📄 **ProducerAgmt-MontanaOf300_Charisma808_GNR2.pdf**
    246K

📄 **ProducerAgmt-MontanaOf300_Charisma808_NSNR.pdf**
    248K

📄 **ProducerAgmt-MontanaOf300_Charisma808_GNR1.pdf**
    245K

📄 **ProducerAgmt-MontanaOf300_Charisma808_GNR3.pdf**
    247K

---

**L Childs** <langstonmchilds@gmail.com>                               Tue, Mar 29, 2022 at 9:06 AM
To: MontanaOf300 <fgedbc1@gmail.com>

Yes I saw a few things that needed to be marked and changed. The first one is my  producer name is "Charisma 808", the
other one is how you all want the multitrack delivered. Typically there is a fee for a trackout, because you all are getting
this exclusively, so a small upfront fee for the delivery of the multitrack would befitting. To add, since these are older
tracks, all of the files might not be able to be recovered, due to corrupted files etc. However I can still provide the 32 Bit
WAV format for the tracks that don't have the complete multitrack out. I can mark it up the few errors and send it back for
your review .
[Quoted text hidden]

---

**MontanaOf300** <fgedbc1@gmail.com>                                   Tue, Mar 29, 2022 at 9:19 AM
To: L Childs <langstonmchilds@gmail.com>

That is just the standard language in our agreements for material that is unreleased we aren't expecting anything.  Seeing
that all of this music is already out there is no reason or need for trackouts etc.

Apologies on the name I had it fixed and re attached
[Quoted text hidden]

---

**6 attachments**

📄 **ProducerAgmt-MontanaOf300_Charisma808_FITC2.pdf**
    424K

📄 **ProducerAgmt-MontanaOf300_Charisma808_GNR1.pdf**
    420K

📄 **ProducerAgmt-MontanaOf300_Charisma808_CursedWithABlessing.pdf**
    421K

📄 **ProducerAgmt-MontanaOf300_Charisma808_GNR2.pdf**
    426K

2/27/23, 5:36 PM                                                Gmail - ATTN : CHARISMA 808/MONTANA OF 300

📄 **ProducerAgmt-MontanaOf300_Charisma808_GNR3.pdf**
423K

📄 **ProducerAgmt-MontanaOf300_Charisma808_NSNR.pdf**
423K

---

**MontanaOf300** <fgedbc1@gmail.com>                                       Tue, Apr 5, 2022 at 6:36 AM
To: L Childs <langstonmchilds@gmail.com>

Hello Langston, following up to hear your thoughts
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                                   Sun, Apr 10, 2022 at 7:01 PM
To: MontanaOf300 <fgedbc1@gmail.com>

I'll go over this with my legal counsel and I'll get right back with you sir.
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                                   Fri, Apr 22, 2022 at 1:54 PM
To: MontanaOf300 <fgedbc1@gmail.com>

Hello Vinny,
This is the signed contract for Cursed With A Blessing Album.  Now we will need a signed SoundExchange LOD form
from Montana of 300 sir.

Thank You
Mr.Childs
[Quoted text hidden]

📄 **ProducerAgmt-MontanaOf300_Charisma808_CursedWithABlessing (2) (1).pdf**
418K

---

**300FGE** <fgedbc1@gmail.com>                                             Tue, May 3, 2022 at 7:40 AM
To: L Childs <langstonmchilds@gmail.com>, Vinny Kumar <vinnykumarlaw@gmail.com>

Hey Langston, just sent you the LOD

On Apr 22, 2022, at 4:54 PM, L Childs <langstonmchilds@gmail.com> wrote:


[Quoted text hidden]



📄 **ProducerAgmt-MontanaOf300_Charisma808_CursedWithABlessing (2) (1).pdf**
418K

---

**L Childs** <langstonmchilds@gmail.com>                                   Wed, Jun 1, 2022 at 5:56 PM
To: 300FGE <fgedbc1@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

Hello Vinny

We almost have this wrapped up. Sorry for the delay. I have been very busy.  I looked back over the contract . I noticed
there is no advance. I would like to negotiate something with Montana for upfront advance.

2/27/23, 5:36 PM                                    Gmail - ATTN : CHARISMA 808/MONTANA OF 300

Thank You
Lanston Childs
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                          Mon, Jun 13, 2022 at 3:59 PM
To: 300FGE <fgedbc1@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

Hello Vinny
Did you get with Montanaof300 about the advance ?
[Quoted text hidden]

---

**Vinny Kumar** <vinnykumarlaw@gmail.com>                         Mon, Jun 13, 2022 at 4:28 PM
To: L Childs <langstonmchilds@gmail.com>
Cc: 300FGE <fgedbc1@gmail.com>

Hey Langston,

I spoke with management on Friday. We'll be back to you shortly so we can wrap this up.
[Quoted text hidden]
[Quoted text hidden]

---

**300FGE** <fgedbc1@gmail.com>                                    Mon, Jun 13, 2022 at 4:42 PM
To: Vinny Kumar <vinnykumarlaw@gmail.com>
Cc: L Childs <langstonmchilds@gmail.com>

We'll have it over tomorrow Tuesday

> On Jun 13, 2022, at 7:28 PM, Vinny Kumar <vinnykumarlaw@gmail.com> wrote:


[Quoted text hidden]

---

**MontanaOf300** <fgedbc1@gmail.com>                              Tue, Jun 14, 2022 at 7:56 AM
To: Vinny Kumar <vinnykumarlaw@gmail.com>
Cc: L Childs <langstonmchilds@gmail.com>

Hey Langston looking back on the thread and we already executed the contract for CWAB songs.  We agreed to pay an
advance of 2% of the back royalties earned since these songs were released
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                          Tue, Jun 14, 2022 at 3:09 PM
To: MontanaOf300 <fgedbc1@gmail.com>

Here is the LOD for CWAB
[Quoted text hidden]

---

📄 **Charisma808SoundExchangeLODCWAB.pdf**
126K

---

**L Childs** <langstonmchilds@gmail.com>                          Tue, Jun 14, 2022 at 3:12 PM
To: MontanaOf300 <fgedbc1@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

CWAB LOD

2/27/23, 5:36 PM                                    Gmail - ATTN : CHARISMA 808/MONTANA OF 300

On Tue, Jun 14, 2022 at 7:57 AM MontanaOf300 <fgedbc1@gmail.com> wrote:
[Quoted text hidden]

 **Charisma808SoundExchangeLOD CWAB.pdf**
126K

**300FGE** <fgedbc1@gmail.com>                                    Wed, Jun 15, 2022 at 6:18 PM
To: L Childs <langstonmchilds@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

Received, thank you Langston

On Jun 14, 2022, at 6:13 PM, L Childs <langstonmchilds@gmail.com> wrote:

[Quoted text hidden]

**Charisma808SoundExchangeLOD CWAB.pdf**
126K

**L Childs** <langstonmchilds@gmail.com>                          Sun, Jun 26, 2022 at 12:14 PM
To: 300FGE <fgedbc1@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

The next step is for me to complete the W9 form sir. Also need signed copies from your end.
[Quoted text hidden]

**MontanaOf300** <fgedbc1@gmail.com>                             Wed, Jun 29, 2022 at 11:11 AM
To: L Childs <langstonmchilds@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

Thanks will send signed copies back this week
[Quoted text hidden]

**MontanaOf300** <fgedbc1@gmail.com>                               Fri, Jul 8, 2022 at 7:40 AM
To: L Childs <langstonmchilds@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

Executed agreement for CWAB is attached.  Are we still applying same language to the rest of the songs you produced
for Montana?  It would be nice to get all of this wrapped up perhaps this month and get payment taken care of
sooner rather than later?

Thanks
[Quoted text hidden]

**ProducerAgmt-MontanaOf300_Charisma808_CursedWithABlessing (2) (1).pdf**
455K

**L Childs** <langstonmchilds@gmail.com>                          Fri, Jul 8, 2022 at 10:55 AM
To: MontanaOf300 <fgedbc1@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

2/27/23, 5:36 PM                                    Gmail - ATTN : CHARISMA 808/MONTANA OF 300

We are. However, I would like to see if everything goes well with CWAB first. If everything is well then I will be ready to
move forward again sir.
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                                    Fri, Jul 8, 2022 at 10:55 AM
To: MontanaOf300 <fgedbc1@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

We are. However, I would like to see if everything goes well with CWAB first. If everything is well then I will be
ready to move forward again sir.

[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                                    Mon, Jul 11, 2022 at 4:46 PM
To: MontanaOf300 <fgedbc1@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

We also need to complete new Sound Exchange LODs . SX Emailed me back stating those forms you sent are outdated.
Screenshot attached.
[Quoted text hidden]



email.png
113K

---

**MontanaOf300** <fgedbc1@gmail.com>                                    Tue, Jul 12, 2022 at 10:52 AM
To: L Childs <langstonmchilds@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

We will get these updated now
[Quoted text hidden]

---

**300FGE** <fgedbc1@gmail.com>                                    Thu, Jul 28, 2022 at 4:21 AM
To: L Childs <langstonmchilds@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

Sorry for the delay we will have the updated sound exchange LODs over here shortly

On Jul 12, 2022, at 1:52 PM, MontanaOf300 <fgedbc1@gmail.com> wrote:

[Quoted text hidden]

---

**300FGE** <fgedbc1@gmail.com>                                    Tue, Jan 24, 2023 at 10:48 AM
To: 300FGE <Fgedbc1@gmail.com>
Cc: L Childs <langstonmchilds@gmail.com>, Vinny Kumar <vinnykumarlaw@gmail.com>

Hey Langston, checking in here to see where we stood? Havent heard from you in awhile and while we have been trying
to get you paid and these songs papered up, wondering why its necessary to send copyright takedowns without

communication?

> On Jul 28, 2022, at 7:21 AM, 300FGE <Fgedbc1@gmail.com> wrote:
>
> [Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                                    Tue, Jan 24, 2023 at 12:03 PM
To: 300FGE <fgedbc1@gmail.com>

I have yet to receive signed copies of the agreements from all parties involved. I am uncertain as to the cause of this delay, but it is imperative that an upfront fee, along with the correct producer splits, are paid without further delay. Furthermore, it is essential that we discuss and execute an agreement for the song "Wifin' You". Please be advised that until all outstanding payments are made and all agreements are fully executed, the copyright strikes will remain in effect.
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                                    Tue, Jan 24, 2023 at 12:13 PM
To: 300FGE <fgedbc1@gmail.com>

I should have been paid in 2016. Mr. Bradford is in possession of luxury watches and a wardrobe valued in excess of six figures or higher. I must advise that until my demands are met, all legal measures necessary to ensure that I receive what is rightfully owed will be taken.
[Quoted text hidden]

---

**300FGE** <fgedbc1@gmail.com>                                             Tue, Jan 24, 2023 at 12:48 PM
To: L Childs <langstonmchilds@gmail.com>

We are all for getting you paid.  FGE business wasnt very organized in the beginning.
I believe these recent negotiations left off when we were trying to get you an updated LOD for sound exchange.  I will check with Vinny to see if we can get that over

> On Jan 24, 2023, at 3:13 PM, L Childs <langstonmchilds@gmail.com> wrote:
>
> [Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                                    Tue, Jan 24, 2023 at 1:13 PM
To: 300FGE <fgedbc1@gmail.com>

It is my position that my suffering should not have occurred as a result of the lack of organization on the part of the other party. Despite this, the fact remains that financial losses were sustained and contractual agreements were not fulfilled. As such, I respectfully request the opportunity to renegotiate the terms of our agreement, including the provision of an upfront fee for my services.
[Quoted text hidden]

---

**300FGE** <fgedbc1@gmail.com>                                             Tue, Jan 24, 2023 at 2:25 PM
To: L Childs <langstonmchilds@gmail.com>, Vinny Kumar <vinnykumarlaw@gmail.com>

Sounds good.  Can we hop on a call tomorrow to discuss/ negotiate?

2/27/23, 5:36 PM                                      Gmail - ATTN : CHARISMA 808/MONTANA OF 300

On Jan 24, 2023, at 4:13 PM, L Childs <langstonmchilds@gmail.com> wrote:

[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                              Tue, Jan 24, 2023 at 4:58 PM
To: 300FGE <fgedbc1@gmail.com>

Sure
[Quoted text hidden]

---

**300FGE** <fgedbc1@gmail.com>                                       Wed, Jan 25, 2023 at 4:26 PM
To: L Childs <langstonmchilds@gmail.com>

Trying to coordinate schedules.  Tmrw at 1 est work for you?

On Jan 24, 2023, at 7:58 PM, L Childs <langstonmchilds@gmail.com> wrote:

Sure
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                              Wed, Jan 25, 2023 at 4:31 PM
To: 300FGE <fgedbc1@gmail.com>

That works for me. 702-553-9529
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                              Thu, Jan 26, 2023 at 10:23 AM
To: 300FGE <fgedbc1@gmail.com>

As previously discussed during our phone call, it is my expectation that the terms of the producer
agreements shall include, but not be limited to,
A brief agreement between 1-3 pages
A compensation structure of five to six points per song,
A five-year term of engagement,
A 50% allocation of SoundExchange royalties,
An initial payment upon execution of each agreement
Back Royalties
Production Credits in the Title

It is imperative that an especially SUBSTANTIAL payment be rendered in relation to the composition
"Wifin' You." Additionally, I request that the agreements be succinctly drafted, ideally within the range
of one to three pages.

Thank You
Langston Childs
[Quoted text hidden]

---

**300FGE** <fgedbc1@gmail.com>                                       Thu, Jan 26, 2023 at 10:32 AM
To: L Childs <langstonmchilds@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

Adding Vinny

> On Jan 26, 2023, at 1:23 PM, L Childs <langstonmchilds@gmail.com> wrote:

> [Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                                    Thu, Jan 26, 2023 at 11:21 AM
To: 300FGE <fgedbc1@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

I request that any agreements entered into moving forward be mutually agreed upon and up to date, rather than relying on any previous arrangements from 2016.

Thank you for your understanding.
Mr. Childs
[Quoted text hidden]

---

**Vinny Kumar** <vinnykumarlaw@gmail.com>                                    Fri, Jan 27, 2023 at 11:42 AM
To: L Childs <langstonmchilds@gmail.com>
Cc: 300FGE <fgedbc1@gmail.com>

Hello Mr. Childs,

Let's get on the phone to discuss. Can you send me your phone number again?

Sent from my iPhone

> On Jan 26, 2023, at 2:21 PM, L Childs <langstonmchilds@gmail.com> wrote:

> [Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                                    Fri, Jan 27, 2023 at 12:38 PM
To: Vinny Kumar <vinnykumarlaw@gmail.com>
Cc: 300FGE <fgedbc1@gmail.com>

702-553-9529
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                                    Sat, Feb 4, 2023 at 4:53 PM
To: Vinny Kumar <vinnykumarlaw@gmail.com>
Cc: 300FGE <fgedbc1@gmail.com>

Hello Vinny

I hope this email finds you well. I wanted to follow up on our recent phone conversation and let you know that I prefer to communicate through email moving forward. If there are any contracts or documents you would like to send my way, please do so via email.
Thank you for your understanding and I look forward to continuing our business together.

2/27/23, 5:36 PM                                        Gmail - ATTN : CHARISMA 808/MONTANA OF 300

Best regards,
Mr Childs
[Quoted text hidden]

---

**Vinny Kumar** <vinnykumarlaw@gmail.com>                      Tue, Feb 7, 2023 at 8:51 AM
To: L Childs <langstonmchilds@gmail.com>
Cc: 300FGE <fgedbc1@gmail.com>

Hello Mr. Childs,

I tried to keep the producer agreement as short as possible. Pages 7-11 is the form required by Sound Exchange (which is attached to the agreement).

Per our conversation, please find attached a draft of the producer agreement with the following terms:

1) 3.5% producer royalty for all songs except "Wifin' You" which will be 4.5%.

2) 50% publishing split on all songs.

3) 50% Sound Exchange split on all songs.

All rights reserved.
[Quoted text hidden]

---

📄 **ProducerAgmt-Montanaof300_Charisma808_02.07.23.pdf**
    248K

---

**300FGE** <fgedbc1@gmail.com>                               Wed, Feb 8, 2023 at 10:43 AM
To: Vinny Kumar <vinnykumarlaw@gmail.com>
Cc: L Childs <langstonmchilds@gmail.com>

Hey Charisma, checking in to see everything here is up to your satisfaction? We would like to get this resolved on your behalf

Thank you
Thomas
[Quoted text hidden]

        [Quoted text hidden]
        <ProducerAgmt-Montanaof300_Charisma808_02.07.23.pdf>

---

**L Childs** <langstonmchilds@gmail.com>                      Wed, Feb 8, 2023 at 10:45 AM
To: Vinny Kumar <vinnykumarlaw@gmail.com>
Cc: 300FGE <fgedbc1@gmail.com>

Thank you Vinny

I will retain counsel to review and redline this agreement, after which I will promptly return it with any necessary revisions.

Thank You
Mr Childs
[Quoted text hidden]

---

**Vinny Kumar** <vinnykumarlaw@gmail.com>                     Wed, Feb 8, 2023 at 10:55 AM
To: L Childs <langstonmchilds@gmail.com>
Cc: 300FGE <fgedbc1@gmail.com>

Sounds good. I'll look forward to it.

Can you retract the YouTube claims in the meantime while we are negotiating?

Best,
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>            Wed, Feb 8, 2023 at 11:23 AM
To: Vinny Kumar <vinnykumarlaw@gmail.com>
Cc: 300FGE <fgedbc1@gmail.com>

I have retracted some of the claims already. I will retract more claims as we continue to move forward.
[Quoted text hidden]

---

**MontanaOf300** <fgedbc1@gmail.com>            Wed, Feb 8, 2023 at 11:50 AM
To: L Childs <langstonmchilds@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

Thank you for that. For whatever reason the retracted claims aren't reflected on our end. The youtube channel has 3 strikes, would you be willing to retract the videos below today?

Montana of 300 & Talley of 300 - Ridin With the Choppa
Montana of 300 & Talley of 300 - MF's Mad

Thank You
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>            Wed, Feb 8, 2023 at 1:23 PM
To: MontanaOf300 <fgedbc1@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

Vinny,
Pursuant to our prior discussions, I to remove the aforementioned copyright strikes. To ensure a thorough and professional execution of this agreement, I would like to suggest an advance payment in the amount of Eleven Thousand Dollars ($11,000.00). This fee will enable me to retain the services of a competent attorney and ensure that the agreement is executed in accordance with all applicable laws and regulations.
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>            Wed, Feb 8, 2023 at 1:24 PM
To: MontanaOf300 <fgedbc1@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

Correction: I have no problem with removing the aforementioned copyright strikes *****
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>            Thu, Feb 9, 2023 at 10:03 AM
To: MontanaOf300 <fgedbc1@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

There is a matter in dispute with regards to the distribution of royalties for the song "Wifin You" on Sound Exchange. It has come to my attention that E1 Entertainment is collecting these royalties without a proper agreement in place. The email associated with the account is hgrene@mnrk.com. In order to resolve this issue, it is imperative that a separate agreement for the "Don't Doubt The God" album be established, which includes a mandatory upfront producer fee for "Wifin You." Despite attempts to contact Marcus, a resolution has yet to be reached. Until such time that this matter is resolved, the strikes will remain in effect.
Furthermore, it is unclear why Montana of 300 is unable to pay the required producer fee.

It is also important to note that the individual in question already owes a debt and if this matter were to proceed to court, it would be considered an open and shut case.

---

**L Childs** <langstonmchilds@gmail.com>                         Thu, Feb 9, 2023 at 10:14 AM
To: MontanaOf300 <fgedbc1@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

Wifin You SX Dispute
[Quoted text hidden]



**WIFIN YOU DISPUTE.png**
135K

---

**MontanaOf300** <fgedbc1@gmail.com>                         Thu, Feb 9, 2023 at 2:37 PM
To: L Childs <langstonmchilds@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

Hello,
Unfortunately we can't do anything with regards to what E1 did with sound exchange or anything else. To your Point Langston, doing "Don't Doubt the God" songs in a separate agreement is a good Idea. Also, we can't send an advance before execution of the agreements but are willing to grant that amount requested into the language.

Thank you
[Quoted text hidden]

---

**300FGE** <fgedbc1@gmail.com>                         Fri, Feb 10, 2023 at 7:26 AM
To: L Childs <langstonmchilds@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

As requested we will send an updated version of the first agreement with the $11k advance and remove the songs from "Dont Doubt The God" so these can be executed in a separate agreement

Thanks

> On Feb 9, 2023, at 5:37 PM, MontanaOf300 <fgedbc1@gmail.com> wrote:

[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                         Fri, Feb 10, 2023 at 3:29 PM
To: 300FGE <fgedbc1@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

It is not appropriate to utilize copyright strikes as a form of weaponry. My approach to the handling of these disputes involves the utilization of copyright strikes and defenses. The email screenshot attached herewith, originating from MNRK music, instructs me to engage with Fly Guy Entertainment in regards to this matter.
[Quoted text hidden]

---

2/27/23, 5:36 PM                                          Gmail - ATTN : CHARISMA 808/MONTANA OF 300

**777AB3E8-7051-4230-B318-5EB7D28CEA23.jpeg**
118K

---

**300FGE** <fgedbc1@gmail.com>                                          Fri, Feb 10, 2023 at 4:55 PM
To: L Childs <langstonmchilds@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

So is this the contract that you want to figure out first and then the rest of the catalogue? At some point we need to handle one to move on to the latter.

> On Feb 10, 2023, at 6:29 PM, L Childs <langstonmchilds@gmail.com> wrote:
>
>
> [Quoted text hidden]
> <777AB3E8-7051-4230-B318-5EB7D28CEA23.jpeg>

---

**L Childs** <langstonmchilds@gmail.com>                                Sat, Feb 11, 2023 at 12:30 PM
To: 300FGE <fgedbc1@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

Let's handle the others first …. Then the  Wifin You sir
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                                Sat, Feb 11, 2023 at 12:48 PM
To: 300FGE <fgedbc1@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

In light of the fact that I have not received remuneration for my production services in connection with the song "Wifin You," the producer fee for said song will be significantly higher.
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                                Sat, Feb 11, 2023 at 1:05 PM
To: 300FGE <fgedbc1@gmail.com>
Cc: Vinny Kumar <vinnykumarlaw@gmail.com>

Don't Doubt the God Wifin You - 100k
[Quoted text hidden]

---

**Vinny Kumar** <vinnykumarlaw@gmail.com>                               Wed, Feb 15, 2023 at 3:04 PM
To: L Childs <langstonmchilds@gmail.com>
Cc: 300FGE <fgedbc1@gmail.com>

Hello Langston,

Per your request I have removed the songs from "Don't Doubt the God" and am reattaching the agreement so we can deal with the other songs first.

2/27/23, 5:36 PM                                     Gmail - ATTN : CHARISMA 808/MONTANA OF 300

All rights reserved.

Best,
[Quoted text hidden]
[Quoted text hidden]

_____

📄 **ProducerAgmt-Montanaof300_Charisma808_02.15.23.pdf**
    236K

---

**L Childs** <langstonmchilds@gmail.com>                          Fri, Feb 17, 2023 at 11:31 AM
To: Vinny Kumar <vinnykumarlaw@gmail.com>
Cc: 300FGE <fgedbc1@gmail.com>

Okay Vinny thank you, everything looks good. I'm still pursuing to have my attorney redline it and I'll have this right back
to you all.
[Quoted text hidden]

---

**L Childs** <langstonmchilds@gmail.com>                          Thu, Feb 23, 2023 at 12:08 PM
To: Vinny Kumar <vinnykumarlaw@gmail.com>
Cc: 300FGE <fgedbc1@gmail.com>

I have retracted every video except for Wifin You.  Still waiting on a producer agreement for the requested fee for Wifin
You(Dont Doubt The God)

Thank You
Mr.Childs
[Quoted text hidden]

EXHIBIT F



Summary of Email Thread Between Vinny Kumar & Langston (Charisma 808)

Initial Request and Follow-up

- **February 12, 2022**: Langston Childs (Charisma 808) reaches out to Vinny Kumar, expressing the need to settle accounts and divvy up money for 25 songs produced. Langston mentions he never received a check from Montana of 300 and will contact E One Entertainment regarding a producer agreement.
- **February 13, 2022**: Vinny Kumar responds, promising to speak to Montana and asks for comments on a previously sent producer agreement. Langston responds, stating that "Wifin You" might need a separate agreement but is open to working out terms for the other songs, including a reasonable upfront check, SoundExchange LOD, and 5 points for 24 songs.

PLEADING TITLE - 15

1
2
3

Inclusion of Montana's Management and Song List

4

- **February 16, 2022**: Vinny loops in Montana's management, requesting a list of songs Langston produced.

5

Langston provides a detailed list of songs.

6

- **February 23, 2022**: Montana's management starts the accounting process, asking for patience due to the

7

complexity of handling fractions of full projects.

8
9

Agreement Discussions and Terms

10

- **March 8, 2022**: Montana suggests tackling producer agreements one project at a time. Langston agrees and

11

mentions starting with "Cursed with a Blessing."

12

- **March 10, 2022**: Montana offers 1.5% on back royalties and 50% publishing but denies 5% royalties. A

13

consistent percentage of 2% is suggested. Langston agrees but requests upfront advance negotiations.

14

- **March 29, 2022**: Multiple producer agreements are sent for Langston's review. Langston asks for corrections

15

and mentions fees for trackout delivery. Montana clarifies trackout is not needed for released music and fixes name

16

errors.

17
18

Follow-up and Execution of Agreements

19

- **April 10, 2022**: Langston promises to review agreements with legal counsel. By April 22, Langston submits a

20

signed contract for "Cursed with a Blessing" and requests a SoundExchange LOD.

21

- **June 1, 2022**: Langston requests negotiation for an upfront advance. Montana's team agrees and promises to

22

finalize by June 14.

23

- **June 14, 2022**: A dispute arises about the execution and missing advances. Langston submits the LOD form

24

for "Cursed with a Blessing."

25
26

Further Delays and Resolutions

27
28

PLEADING TITLE - 16

- **June 26, 2022**: Langston requests W9 form completion and signed copies. Montana promises to send by July 8.

- **July 8, 2022**: Langston requests to see the success of "Cursed with a Blessing" agreement before moving forward with others. Montana agrees to update Sound Exchange LODs as requested.

Final Negotiations and Disputes

- **January 24, 2023**: After a long delay, Langston mentions not receiving payments and insists on renegotiations, including an upfront fee. A call is scheduled for January 25.

- **January 26, 2023**: Langston details his expectations for the producer agreements, including compensation structure and upfront payment. Montana's team adds Vinny for further discussions.

- **February 4, 2023**: Langston prefers email communication for future correspondences.

- **February 7, 2023**: Vinny sends a draft of the producer agreement with specified terms. Langston plans to have it reviewed by counsel.

- **February 8, 2023**: Langston begins retracting some YouTube claims. Montana requests specific claims retraction to avoid channel strikes.

"Wifin You" Dispute

- **February 9, 2023**: A dispute over "Wifin You" royalties arises. Langston insists on a separate agreement with an upfront producer fee for "Wifin You."

- **February 10, 2023**: Montana agrees to an updated agreement excluding "Don't Doubt the God" songs and promises a new draft.

- **February 11, 2023**: Langston insists on handling other agreements first before tackling "Wifin You," citing higher producer fees due to lack of previous payment.

#### Conclusion

PLEADING TITLE - 17

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- **February 15-23, 2023**: Final adjustments are made, and Langston retracts all copyright strikes except for "Wifin You," awaiting the producer agreement for the requested fee. Negotiations continue for finalizing the terms. Langston was still never paid for his production.

PLEADING TITLE - 18

# EXHIBIT G

**FLY GUY ENTERTAINMENT, LLC**
**c/o Keniley Kumar, LLC**
**2 Ravinia Drive, Suite 500**
**Atlanta, GA 30346**

## INDEPENDENT PRODUCER AGREEMENT

This **INDEPENDENT PRODUCER AGREEMENT** made this 9th day of May, 2017 by and between, **Fly Guy Entertainemtnt, LLC** with address c/o Keniley Kumar, LLC, 2 Ravinia Drive Suite 500, Atlanta, GA 30346 (hereinafter referred to as **"Company"**), and Langston Childs p/k/a "Charisma 808" (hereinafter referred to as "You" or " **Producer"),** with address at 4129 N. 84th Street, Milwaukee, WI 53222 shall serve to reflect the terms agreed to between the parties for music production services.

### WITNESSETH:

**WHEREAS,** Company is an independent entertainment company engaged in the business of acquiring rights in, and producing master audio recordings of, certain pre-recorded music and other audio configurations on its recording artist **p.k.a. "Montana of 300" ("Artist")**; and

**WHEREAS,** Producer has been sought to furnish the personal productions of Producer of new master recording(s) entitled "Born To Ball", "Like That", "FGE Cypher Pt. 4", "Busta Rhymes" and "Wifin' You" (hereinafter referred to as the "Masters").

**NOW, THEREFORE,** in consideration of the promises and the mutual covenants and agreements herein contained, the parties hereto do hereby agree as follows:

1. **TERM**

   The Term of this agreement shall begin on the date shown above and shall remain in effect until Producer completes the final production and delivery of Master. Thereafter, all duties and obligations hereunder, shall be deemed completed, (except those that are intended to survive the expiration of this agreement i.e., payment of record and mechanical royalties, re-recording restrictions, warranties, etc.)

2. **OBLIGATIONS OF PRODUCER**

   For the Master, Producer shall deliver to Company a fully mixed stereo tape, complete reel and session, a multi-track master tape (or Pro Tools Session), and if Company requests, a monaural tape. Producer shall perform such services hereunder as are customarily performed by a record producer in the U.S. music industry, including, without limitation, recording, editing, etc. Producer's services shall be non-exclusive to Company and shall commence upon Company's instruction and shall continue until the completion and delivery of the Master.

3. **RIGHTS IN RECORDINGS**

   Company shall be the sole owner of the Master and the sole owner of all rights contained therein to such Master (as distinguished from the rights and copyright in and to the underlying musical composition of which Producer retains). For the avoidance of doubt,

the underlying musical component of any composition created or written by Producer pursuant to this agreement shall remain the sole property of Producer. Company however does control the right to copyright the Master as a "sound recording" in Company's name, along with the right to renew and extend such copyright (it being agreed that for this purpose that Producer shall be deemed as an employee for hire) and to exercise all rights of the copyright proprietor thereunder.

## 4.    ROYALTIES AND ADVANCES

(a)    Conditioned upon Producer's full performance of all the material terms and conditions hereof and in consideration for all services rendered by Producer in connection with the Masters, Company shall pay to Producer a sum of Five Hundred Dollars ($500) per Master, for a total of Two Thousand Five Hundred Dollars ($2,500) ("collectively referred to as the Producer Advance"). The Producer Advance shall be payable half upon commencement of recording of the Masters hereunder and the balance promptly following the later of: (A) acceptance by Company and/or Distributor and complete delivery to Company and/or Distributor of the Master (including sample clearance, if applicable) or (B) the full execution of this Agreement.

(b)    Company shall pay Producer its pro-rata share of a basic producer royalty equal to Three Percent (3%) of the Net Suggested Retail List Price ("NSRLP") as calculated by Major Record Company (i.e. Sony/BMG, WEA, Universal, eOne, or another company then regularly distributed by one of such companies and distributing such record) for any and all revenue accruing to Company from sales of any record product encompassing the Master through normal retail channels (hereinafter referred to as "Producer's Base Royalty"). Extracts to be provided. As for further clarification, Producer's Base Royalty shall be paid upon the same computation of the royalty basis as calculated and paid according to the Artist's net royalty rate as described in the Major Record Company agreement with Artist. Producer's Base Royalty in respect of sales of any record product encompassing the Master shall be calculated and paid following recoupment of all expenses and Producer's advance.

Any and all advances that are paid to Producer by Company hereunder shall be fully recoupable from record royalties for the album that contains the Master.

(c)    With regard to phonograph records embodying Master phonograph recordings that are produced by Producer with other master phonograph recordings, the producer royalty payable to Producer shall be computed by multiplying the royalty rate otherwise applicable by a fraction, the numerator of which is the number of sides contained therein embodying master recordings produced by Producer and the denominator of which is the total number of royalty-bearing sides including the Master contained in such phonograph record.

(d)    Production credit for the Master created herein and utilized in record products (including but not limited to one-half (1/2) or larger page ads, album packaging liner notes, billboards, and strip ads) shall read or shall be substantially in the form, "Produced by "Charisma 808" Company's non-repetitive inadvertent failure to provide such credit shall not constitute a material breach of this agreement. However, after Producer provides Company of notice of such inadvertent failure, Company shall cure such failure on the next pressing on a prospective basis.

(e)     Company shall makes its best efforts to direct Major Record Company to pay producer royalties accruing to Producer direct per a letter of direction.

(f)     Producer shall have the right to audit Company's books with regard to Master upon giving thirty days notice and within one year of receiving accountings statement.

## 5.     DELIVERY

As it relates to sessions conducted by Producer, Producer agrees to deliver copies of substantiating invoices, I-9s, W-9s, receipts, etc. to assist in complying with Company's reporting obligations and the proper registration of the Master.  Producer hereby represents and warrants that Producer is under no disability, restriction, or prohibition with respect to the rights granted to Company hereunder and that the Master is comprised of original material and does not infringe upon the rights of any third parties. Producer further acknowledges and agrees that the Master does not consist of any "sampled" or "borrowed" material from any third-party and further agrees that no proper delivery will be constituted if such material is later found to be encompassed in the Master. Without limiting the foregoing, and without exception, it is the sole and absolute express obligation of Producer to notify Company of any "sampled", "borrowed", "unlicensed" material encompassed in the Master and clear such material before delivering the Master to Company.  The financial burden of clearing such material that was previously disclosed and approved by Company shall be solely upon Producer and shall come off of the top.

## 6.     NAME AND LIKENESS

Producer agrees that Company and its designees may use Producer's professional name, approved likeness, approved photograph, and approved biography in connection with the manufacture, distribution, sale, and exploitation of the Master in any record product.

## 7.     RE-RECORDING LIMITATIONS

Producer agrees that he shall not re-record the Master produced hereunder or any portion or component thereof until five (5) years after the date of the delivery of the Master.

## 8.     LICENSES FOR THE MUSICAL COMPOSITION

(a)     Producer hereby issues to Company's designee mechanical licenses for the Universe for each selection embodied in the Master which are written or composed by Producer (in whole or in part) or owned or controlled by Producer (directly or indirectly, in whole or in part) ("Controlled Compositions") at three-quarters (3/4) of the current minimum statutory mechanical rate in effect upon delivery of the Master. Producer shall be bound by aggregate mechanical royalty caps contained in the Artists Agreement and all other provisions contained in Artist's agreement with Major Record Company. Producer also hereby issues to Company's designee worldwide licenses at no cost for the inclusion and use of the controlled composition in promotional music videos.

(b)     The parties agree to execute a songwriter and publisher split letter in connection with the underlying musical composition embodied in the Master, in the form

attached hereto and made a part hereof, as an Exhibit. The parties agree that Artist and Artist's music publishing designee's songwriter and music publisher share in the copyright of the master.

(c)     Company agrees that Company shall cause Artist (once Artist has become a member of SoundExchange) to instruct SoundExchange to pay to Producer an amount equal to the portion of monies otherwise payable by SoundExchange to Artist in respect of the Masters multiplied by a fraction, the numerator of which shall be Producer's basic royalty rate and the denominator of which shall be the Artist's basic all-in royalty rate.

(d)     Company and you agree that Artist and Producer wrote and own a certain percentage of the musical composition recorded hereunder as set forth below. For the avoidance of doubt, the following constitutes the authorship and publishing splits for the Controlled Compositions embodied on the Masters:

| TITLE | AUTHOR | Publishing %'age |
|---|---|---|
| "Born To Ball" | Langston Childs | 50% |
| "Like That" | Langston Childs | 50% |
| "FGE Cypher Pt. 4" | Langston Childs | 50% |
| Busta Rhymes | Langston Childs | 50% |
| "Wifin' You" | Langston Childs | 50% |

**9.     INDEMNIFICATION**

Both parties agree to indemnify and hold each other and each other's designees, including: respective successors, assigns, agents, distributors, licensees, officers, directors, and employees harmless against any liability, damage, cost or expense (including costs and reasonable outside attorney's fees) occasioned by or arising out of any third-party claim, demand or action inconsistent with any agreement, representation, grant or warranty made or assumed by either party hereunder which results in a final non-appealable, adverse judgment or which is settled or compromised with Producer's prior written consent. Producer irrevocably agrees to indemnify Company from and against any and all third-party claims from anyone who may claim an interest or contribution in and to the Master delivered hereunder as a co-writer and or co-producer.

**10.    AUTHORITY**

Company and Producer each hereby covenant and represent to the other that neither the execution and delivery of this agreement nor the performance of the transactions contemplated hereby will cause a breach under, or violate provisions of, any other agreement to which it is a party or by which its assets are or may be bound. Producer warrants and represents that no other party's signature or consent is necessary to grant the all of the rights described herein to such Master.

**11.    ENTIRE AGREEMENT**

This agreement represents the entire understanding of the parties with respect to the subject matter hereof and supersedes all prior agreements, negotiations, understandings, representations, statements and writings among the parties relating thereto. No modification, alteration, waiver or change in any of the terms of this agreement shall be valid or binding upon the parties hereto unless made in writing and duly executed by both of the parties hereto.

12.  **SEVERABILITY**

Should any part of this agreement be held unenforceable or in conflict with the applicable laws or regulations of any jurisdiction, the invalid or unenforceable part of provision shall be replaced with a provision which accomplishes, to the extent possible, the original business purpose of such provision in a valid and enforceable manner, and the remainder of this agreement shall remain binding.

13.  **NOTICE**

Any notice, report or other correspondence required or permitted to be given hereunder shall be in writing and shall be sent by registered or certified mail, postage prepaid and addressed to the parties or to such other addresses as may be designated by the parties from time to time (except for royalty payments that may be mailed by regular mail).

14.  **GOVERNING LAW AND INTERPRETATION**

This agreement shall be governed by and interpreted in accordance with the laws of the State of Florida, without regard to the principles of conflicts of law. The parties hereby consent to and submit to jurisdiction of a competent court located in the State of Florida. Such court shall be the sole and exclusive venue for resolution of any disputes or disagreements between the parties relating to this agreement or the transactions contemplated hereby or otherwise arising hereunder or with respect to any breach of the terms and provisions hereof.

15.  **CAPTIONS**

The captions of this agreement are solely for the convenience of reference and shall not affect its interpretation.

16.  **INDEPENDENT COUNSEL**

Producer and Company warrant and represent that each has read this agreement and has had the legal effect of it explained by independent counsel.

17.  **DEFAULT:**

Should either party fail to perform the duties as described within this agreement, the other party must provide the other party thirty (30) days written notice of such failure. The party, upon receiving such notice, shall have thirty (30) days in which to cure such failure. Provision 4(d) shall be an exception to this provision, because the cure period in that instance shall be on a prospective basis.

**IN WITNESS WHEREOF,** the parties hereto have executed this agreement as of the day and year first written above.

**FLY GUY ENTERTAINMENT, LLC (COMPANY)**

By: _____
    Its Authorized Signatory

**AGREED TO AND ACCEPTED**

**CHARISMA 808 (PRODUCER)**

By: _____
    Langston Childs
    SS#: _____

**FLY GUY ENTERTAINMENT, LLC**
**c/o Keniley Kumar, LLC**
**5425 Peachtree Parkway NW**
**Peachtree Corners, GA 30092**

<u>**INDEPENDENT PRODUCER AGREEMENT**</u>

This **INDEPENDENT PRODUCER AGREEMENT** made this 15th day of February 2023 by and between, **Fly Guy Entertainment, LLC** with address c/o Keniley Kumar, LLC, 5425 Peachtree Parkway NW, Peachtree Corners, GA 30092 (hereinafter referred to as **"Company"**), and Langston Childs p/k/a "Charisma 808" (hereinafter referred to as "You" or **" Producer"**), with address at 4129 N. 84th Street, Milwaukee, WI 53222 shall serve to reflect the terms agreed to between the parties for music production services.

**WITNESSETH:**

**WHEREAS,** Company is an independent entertainment company engaged in the business of acquiring rights in, and producing master audio recordings of, certain pre-recorded music and other audio configurations on its recording artist Walter Bradford **p.k.a. "Montana of 300" ("Artist")**; and

**WHEREAS,** Producer has been sought to furnish the personal productions of Producer of new master recording(s) on the attached Schedule 1 (hereinafter referred to as "Masters").

**NOW, THEREFORE,** in consideration of the promises and the mutual covenants and agreements herein contained, the parties hereto do hereby agree as follows:

1.   **TERM**

The Term of this agreement shall begin on the date shown above and shall remain in effect until Producer completes the final production and delivery of Master. Thereafter, all duties and obligations hereunder, shall be deemed completed, (except those that are intended to survive the expiration of this agreement i.e., payment of record and mechanical royalties, re-recording restrictions, warranties, etc.)

2.   **OBLIGATIONS OF PRODUCER**

For the Master, Producer shall deliver to Company a fully mixed stereo tape, complete reel and session, a multi-track master tape (or Pro Tools Session), and if Company requests, a monaural tape. Producer shall perform such services hereunder as are customarily performed by a record producer in the U.S. music industry, including, without limitation, recording, editing, etc. Producer's services shall be non-exclusive to Company and shall commence upon Company's instruction and shall continue until the completion and delivery of the Master. Subject to Company's and Artist's rights and remedies in the event of your and/or Producer's breach of any material agreement, covenant, warranty and/or representation made by you and/or Producer hereunder and to Company's right to require complete and proper performance hereafter, Company acknowledges satisfactory completion of services, and delivery and acceptance of the Masters within the Approved Budget.

3.   **RIGHTS IN RECORDINGS**

Company shall be the sole owner of the Master and the sole owner of all rights contained therein to such Master (as distinguished from the rights and copyright in and to the underlying musical

1

composition of which Producer retains). For the avoidance of doubt, the underlying musical component of any composition created or written by Producer pursuant to this agreement shall remain the sole property of Producer. Company however does control the right to copyright the Master as a "sound recording" in Company's name, along with the right to renew and extend such copyright (it being agreed that for this purpose that Producer shall be deemed as an employee for hire) and to exercise all rights of the copyright proprietor thereunder.

4.    **ROYALTIES AND ADVANCES**

(a)    Company shall pay Producer its pro-rata share of a basic producer royalty equal to Three and a half Percent (3.5%) of the Net Suggested Retail List Price ("NSRLP") for any and all revenue accruing to Company from sales of any record product encompassing the Master through normal retail channels (hereinafter referred to as "Producer's Base Royalty"). As for further clarification, Producer's Base Royalty shall be paid upon the same computation of the royalty basis as calculated and paid according to the Artist's net "all-in" royalty rate. Producer's Base Royalty in respect of sales of any record product encompassing the Master shall be calculated and paid following recoupment of all recording expenses incurred in connection with the Masters (but specifically excluding any in-pocket advance to Artist or the Producer Advance).

Any and all advances that are paid to Producer by Company hereunder shall be fully recoupable from record royalties (specifically excluding mechanical royalties) for the album that contains the Master.

(c)    With regard to phonograph records embodying Master phonograph recordings that are produced by Producer with other master phonograph recordings, the producer royalty payable to Producer shall be computed by multiplying the royalty rate otherwise applicable by a fraction, the numerator of which is the number of sides contained therein embodying master recordings produced by Producer and the denominator of which is the total number of royalty-bearing sides including the Master contained in such phonograph record.

(d)    Production credit for the Master created herein and utilized in record products (including but not limited to one-half (1/2) or larger page ads, album packaging liner notes, billboards, strip ads and in metadata ) shall read or shall be substantially in the form, "Produced by "Charisma 808". Company's non-repetitive inadvertent failure to provide such credit shall not constitute a material breach of this agreement. However, after Producer provides Company of notice of such inadvertent failure, Company shall cure such failure on the next pressing (or as soon as reasonably practical for digital releases) on a prospective basis.

(e)    Producer (or a Certified Public Accountant or duly licensed attorney appointed by Producer) shall have the right to audit Company's books with regard to all exploitations of the Master upon giving thirty days notice and within one year of receiving accountings statement.

(f)    Subject to Paragraph 8(c) of this Agreement, in the event we receive or are credited with any monies from third-parties other than Company solely attributable to the exploitation of the Masters ("Direct Monies" which, for the avoidance of doubt, exclude so called publishing monies), we will pay you your pro-rata share of such Direct Monies determined by multiplying such Direct Monies, received by or credited to us, by the Fraction. In connection with the foregoing, our obligation to pay you your share of so-called "SoundExchange" Direct Monies shall be satisfied by providing to you the letter of direction attached hereto as Exhibit "C", executed by us authorizing Sound Exchange to render payment to you directly of your appropriate share.

2

**5. DELIVERY**

As it relates to sessions conducted by Producer, Producer agrees to deliver copies of substantiating invoices, I-9s, W-9s, receipts, etc. to assist in complying with Company's reporting obligations and the proper registration of the Master. Producer hereby represents and warrants that Producer is under no disability, restriction, or prohibition with respect to the rights granted to Company hereunder and that, solely in connection with Producer's contribution, the Master is comprised of original material and does not infringe upon the rights of any third parties. Company hereby represents and warrants that Company is under no disability, restriction, or prohibition with respect to its rights to execute this Agreement and its right to grant all of the rights granted to you hereunder. Solely in connection with Producer's contribution, Producer further acknowledges and agrees that the Master does not consist of any "sampled" or "borrowed" material from any third-party and further agrees that no proper delivery will be constituted if such material is later found to be encompassed in the Master. Without limiting the foregoing, and without exception, it is the sole and absolute express obligation of Producer to notify Company of any "sampled", "borrowed", "unlicensed" material ("Samples") encompassed in the Master and clear such material before delivering the Master to Company. You shall be responsible for all licenses, permissions and payments of any kind in connection with Samples or other uses of proprietary material owned or controlled by any third party for which a license, permission or consent is required (or is desirable in Company's sole discretion), which material was selected or furnished by you or any other person engaged, furnished or selected by you ("Sample Clearance Efforts"). Notwithstanding anything to the contrary contained herein, with respect to any such Samples that have been approved in advance by Company in writing, Company shall undertake control of any or all such Sample Clearance Efforts, and all costs with regard to such Sample Clearance Efforts and all other costs incurred or paid by or charged to Company as a result of any material included in a Master shall (without limitation of Company's other rights and remedies), at Company's election, be treated as Recording Costs hereunder

**6. NAME AND LIKENESS**

Producer agrees that Company and its designees may use Producer's professional name, approved likeness, approved photograph, and approved biography solely in connection with the manufacture, distribution, sale, and exploitation of the Master in any record product.

**7. RE-RECORDING LIMITATIONS**

Producer agrees that he shall not re-record the Master produced hereunder or any portion or component thereof until three (3) years after the date of the delivery of the Master.

**8. LICENSES FOR THE MUSICAL COMPOSITION**

(a)     Producer hereby issues to Company's designee mechanical licenses for the Universe for each selection embodied in the Master which are written or composed by Producer (in whole or in part) or owned or controlled by Producer (directly or indirectly, in whole or in part) ("Controlled Compositions") at One Hundred Percent (100%) of the current minimum statutory mechanical rate in effect upon delivery of the Master. Producer shall be bound by aggregate mechanical royalty caps contained in the Artists Agreement and all other provisions contained in Artist's agreement with Major Record Company. Producer also hereby issues to Company's designee worldwide licenses at no cost for the inclusion and use of the controlled composition solely in promotional music videos.

(b)     The parties agree to execute a songwriter and publisher split letter in connection with the underlying musical composition embodied in the Master, in the form attached hereto and made a part hereof, as an Exhibit. The parties agree that Artist and Artist's music publishing designee's songwriter and music publisher share in the copyright of the master.

(c)     Company agrees that Company shall cause Artist (once Artist has become a member of SoundExchange) to instruct SoundExchange to pay to Producer an amount equal to the portion of monies otherwise payable by SoundExchange to Artist in respect of the Masters multiplied by a fraction, the numerator of which shall be Producer's basic royalty rate and the denominator of which shall be the Artist's basic all-in royalty rate.

(d)     Company and you agree that Artist and Producer wrote and own a certain percentage of the musical composition recorded hereunder as set forth below. For the avoidance of doubt, the following constitutes the authorship and publishing splits for the Controlled Compositions embodied on the Masters:

| TITLE | AUTHOR | Publishing %'age |
|---|---|---|
| "Planet of the Apes" | Langston Childs | 50% |
| "On Me" | Langston Childs | 50% |
| "FGE Cypher Pt. 1" | Langston Childs | 50% |
| "Never Gave Up" | Langston Childs | 50% |
| "Gas Mask" | Langston Childs | 50% |
| "MFs Mad Pt 1" | Langston Childs | 50% |
| "Ridin Wit The Choppa" | Langston Childs | 50% |
| "Rock N Roll" | Langston Childs | 50% |
| "FGE Cypher Pt. 2" | Langston Childs | 50% |
| "Angel With An Uzi" | Langston Childs | 50% |
| "WTS Now" | Langston Childs | 50% |
| "Daddy Used To Be The Plug" | Langston Childs | 50% |
| "MFs Mad Pt 2" | Langston Childs | 50% |
| "Bang Bang" | Langston Childs | 50% |
| "FGE Cypher Pt 3" | Langston Childs | 50% |
| "No Mercy" | Langston Childs | 50% |

9.     **INDEMNIFICATION**

Both parties agree to indemnify and hold each other and each other's designees, including: respective successors, assigns, agents, distributors, licensees, officers, directors, and employees harmless against any liability, damage, actual, verifiable cost or expense (including costs and reasonable outside attorney's fees) occasioned by or arising out of any third-party claim, demand or action inconsistent with any agreement, representation, grant or warranty made or assumed by either party hereunder which results in a final non-appealable, adverse judgment or which is settled or compromised with Producer's prior written consent. Producer irrevocably agrees to indemnify Company from and against any and all third-party claims from anyone who may claim an interest or contribution in and to the Master delivered hereunder as a co-writer and or co-producer.

10.    **AUTHORITY**

Company and Producer each hereby covenant and represent to the other that neither the execution and delivery of this agreement nor the performance of the transactions contemplated hereby will cause a breach under, or violate provisions of, any other agreement to which it is a party or by which its assets are or may be bound. Producer warrants and represents that no other party's signature or consent is necessary to grant the all of the rights described herein to such Master.

## 11. ENTIRE AGREEMENT

This agreement represents the entire understanding of the parties with respect to the subject matter hereof and supersedes all prior agreements, negotiations, understandings, representations, statements and writings among the parties relating thereto. No modification, alteration, waiver or change in any of the terms of this agreement shall be valid or binding upon the parties hereto unless made in writing and duly executed by both of the parties hereto.

## 12. SEVERABILITY

Should any part of this agreement be held unenforceable or in conflict with the applicable laws or regulations of any jurisdiction, the invalid or unenforceable part of provision shall be replaced with a provision which accomplishes, to the extent possible, the original business purpose of such provision in a valid and enforceable manner, and the remainder of this agreement shall remain binding.

## 13. NOTICE

Any notice, report or other correspondence required or permitted to be given hereunder shall be in writing and shall be sent by registered or certified mail, postage prepaid and addressed to the parties or to such other addresses as may be designated by the parties from time to time (except for royalty payments that may be mailed by regular mail). As a courtesy, a copy of all notices to Producer shall be sent to Occhipinti Law Group, 8549 Wilshire Blvd., #1400, Beverly Hills, CA 90211.

## 14. GOVERNING LAW AND INTERPRETATION

This agreement shall be governed by and interpreted in accordance with the laws of the State of Florida, without regard to the principles of conflicts of law. The parties hereby consent to and submit to jurisdiction of a competent court located in the State of Florida. Such court shall be the sole and exclusive venue for resolution of any disputes or disagreements between the parties relating to this agreement or the transactions contemplated hereby or otherwise arising hereunder or with respect to any breach of the terms and provisions hereof.

## 15. CAPTIONS

The captions of this agreement are solely for the convenience of reference and shall not affect its interpretation.

## 16. INDEPENDENT COUNSEL

Producer and Company warrant and represent that each has read this agreement and has had the legal effect of it explained by independent counsel.

## 17. DEFAULT:

5

Should either party fail to perform the duties as described within this agreement, the other party must provide the other party thirty (30) days written notice of such failure. The party, upon receiving such notice, shall have thirty (30) days in which to cure such failure. Provision 4(d) shall be an exception to this provision, because the cure period in that instance shall be on a prospective basis.

**IN WITNESS WHEREOF,** the parties hereto have executed this agreement as of the day and year first written above.

**FLY GUY ENTERTAINMENT, LLC (COMPANY)**

By: _____
     Its Authorized Signatory

**AGREED TO AND ACCEPTED**

**CHARISMA 808 (PRODUCER)**

By: _____
     Langston Childs
     SS#: _____

6

EXHIBIT "C"

# SoundExchange, Inc.
## Letter of Direction

Solely as a service and accommodation to those featured artists entitled to royalties under 17 U.S.C. § 114(g)(2)(D) who specifically authorize SoundExchange to collect and distribute royalties on their behalf, SoundExchange permits such featured artists to designate that a percentage of the royalties due them from SoundExchange relating to certain sound recordings be remitted to creative personnel credited or recognized publicly for the commercially released sound recording on which the featured artist performs or other usual and customary royalty participants in such sound recording.

Please note that a performer **need not execute this Letter of Direction in order to be paid statutory royalties by SoundExchange.**

To make such a designation, the performer submitting this Letter of Direction ("LOD") must be registered with SoundExchange.

Sections with asterisks are required.

*Name of Solo Artist or Group on recording(s):  Montana of 300

*Legal Name of Performer(s) for this LOD:

*Name of LOD Recipient ("Payee"):  Langston Childs p/k/a "Charisma 808"

*Payee Address:  4129 N. 84th Street, Milwaukee, WI 53222

Payee Telephone Number:

*Payee E-Mail:

*Track Name(s):  The Repertoire Chart is required to complete the LOD, please submit with this form.

*Effective Date: (choose one)

☐ Check here if LOD applies as of _____ [date]
☐ Check here if LOD applies retroactively to all available SoundExchange royalties, for all LOD tracks
☐ Check here if the Effective Date varies by track.  Enter the Effective Dates on the Repertoire Chart.

*Payment Percentage ("Percentage"): check applicable box

☐ 50% of Performer royalties are applicable to all LOD tracks
☐ Percentage varies by each track covered by this LOD.  Enter percentages on the Repertoire Chart.

7

By signing this Letter of Direction and submitting it to SoundExchange, Performer agrees as follows:

1.      Performer represents and warrants that Performer is the featured recording artist who performed on the sound recording(s) identified on the "Repertoire Chart" attached hereto as Schedule 1 (the "Recordings").

2.      Performer represents and warrants that Payee is an individual credited or recognized publicly for the commercially released sound recording identified on the Repertoire Chart or is another usual and customary royalty participant in such sound recording.

3.      Performer requests and authorizes SoundExchange to pay to and in the name of Payee an amount equal to Percentage of the royalties otherwise payable by SoundExchange to Performer in respect of the Recordings, thereby reducing the payments from SoundExchange to Performer. If a previous "Royalty Distribution Information for Featured Artist" or other letter of direction has been provided to SoundExchange that conflicts with this Letter of Direction, then any and all previous letters of direction or similar documents conflicting herewith are hereby revoked.

4.      All monies becoming payable under this Letter of Direction shall be remitted to Payee at the address identified above or as Payee otherwise directs SoundExchange in writing. If SoundExchange requires additional information (e.g., Payee tax information) to remit payments under this Letter of Direction, then Performer and Payee shall be responsible for providing SoundExchange with such information promptly. To the extent SoundExchange is not provided with sufficient or correct information to remit payment to Payee, or checks mailed to Payee's last known address are returned, SoundExchange may hold the monies pending receipt of such information or pay the royalties to Performer.

5.      SoundExchange will honor a written revocation by Performer of the designation made by this Letter of Direction. In the event of such a revocation, SoundExchange may, but need not, mail notice of the revocation to the last known address of Payee. The foregoing is without prejudice to any other contractual arrangements between Performer and Payee requiring payment of the Percentage by Performer. SoundExchange has no responsibility for Performer's performance or nonperformance of any such obligation.

6.      SoundExchange may discontinue making payments under this Letter of Direction at any time, including if checks mailed to Payee's last known address are returned, Performer ceases to be a registrant of SoundExchange, or SoundExchange modifies its policies concerning letters of direction. If it does so, then SoundExchange may, but need not, mail notice thereof to the last known address of Performer and Payee, and monies that otherwise would have been payable under this Letter of Direction will be paid to Performer.

7.      Performer acknowledges that SoundExchange is providing payments to Payee solely

8

as an accommodation to Performer but that all royalties distributed by SoundExchange to Payee are taxable to Performer. Performer shall be solely responsible for providing Payee with tax paperwork required by any governmental agency, including the Internal Revenue Service, and SoundExchange shall have no obligation to provide such information to Payee.

8.      SoundExchange may rely conclusively, and shall have no liability when acting, upon any written notice, instruction, other document or signature that is reasonably believed by SoundExchange to be genuine and to be authorized by Performer. SoundExchange shall not be responsible for failure to act as a result of causes beyond the reasonable control of SoundExchange. SoundExchange shall not be liable to Performer, Payee or to any third party for, and Performer agrees to defend (with counsel satisfactory to SoundExchange), indemnify and hold harmless SoundExchange from, any damages or loss (including reasonable attorney's fees) in any way related to this Letter of Direction, unless such loss is caused by SoundExchange's gross negligence or willful misconduct. The provisions of this Paragraph 8 shall survive the revocation or other termination of this Letter of Direction.

9.      This Letter of Direction shall be governed by and construed in accordance with the substantive laws of the District of Columbia. Any dispute relating to or arising from this Letter of Direction shall be subject to the exclusive jurisdiction of courts sitting in the District of Columbia.

## ACKNOWLEDGED AND ACCEPTED BY:

(The signature of each Performer or Authorized Signatory for each Performer is required.)

Performer Signature:_____

*Performer Printed Legal  Name: Walter Bradford_____

OR, Authorized Signatory:_____

Authorized Signatory Printed Name: _____

Date of Signature: _____

Return the original of this form to:

SoundExchange, Inc.
733 10th Street NW, 10th Floor
Washington, DC 20001

You may also scan and email the completed forms to accounts@soundexchange.com
Or fax to: 202.640.5859

If you have questions, please call 1-800-961-2091 or email accounts@soundexchange.com

9

**Schedule 1**
**Repertoire Chart**

| Song Title | Album Title | Record Label | Catalog Number | Release Date |
|---|---|---|---|---|
| "Planet of the Apes" | | | | |
| "On Me" | | | | |
| "FGE Cypher Pt. 1" | | | | |
| "Never Gave Up" | | | | |
| "Gas Mask" | | | | |
| "MFs Mad Pt 1" | | | | |
| "Ridin Wit The Choppa" | | | | |
| "Rock N Roll" | | | | |
| "FGE Cypher Pt 2" | | | | |
| "Angel With An Uzi" | | | | |
| "WTS Now" | | | | |
| "Daddy Used To Be The Plug" | | | | |
| "MFs Mad Pt 2" | | | | |
| "Bang Bang" | | | | |
| "FGE Cypher Pt 3" | | | | |
| "No Mercy" | | | | |

Use additional sheets as necessary. Feel free to submit repertoire data using spreadsheets or other documents provided the requested information is provided.

# EXHIBIT H

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT H



Montana of 300 Net Worth Growth

**Net Worth in 2023**                    **$12 Million**

Net Worth in 2021                    $10 Million

Net Worth in 2020                    $9 Million

**Net Worth in 2019**                    **$8 Million**

Net Worth in 2018                    $7 Million

PLEADING TITLE - 20

# EXHIBIT I

1
2
3
4

EXHIBIT I

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | | | | |
|---|---|---|---|---|---|
| 19 - WIFIN YOU TRACKOUT | 1 - CHARISMA GO HAM 922 | 2 - CHARISMA - 40 | 3 - CHARISMA - 300 | 4 - CHARISMA - BANGBA... | 5 - CHARISMA - bxg flexin |
| 6 - CHARISMA - cypher | 7 - CHARISMA - forever | 8 - CHARISMA - SCARY | 9 - CHARISMA - GRIND | 10 - CHARISMA - HARD | 11 - CHARISMA - ON MY LIFEEE |
| 12 - CHARISMA - PLANET OF THE A... | 13 - CHARISMA - POPPIN | 14 - CHARISMA - damn | 15 - CHARISMA - NAH | 16 - CHARISMA - RIDE | 17 - CHARISMA - I JUST MIGHT |
| 18 - CHARISMA GO HAM - SHOOT | 19 - WIFIN YOU MASTER | 20 - CHARISMA GO HAM - WAR REA... | 21 - Charisma The Compose... | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 - No Mercy - $avage | 2 - Montana of 300 & Talley of 300 - Ridin Wit... | 3 - Savage Ft. J Real - In My City - Shot By @ElectroFly... | 4 - Montana of 300 - Bang Bang | 5 - Daddy Used to Be the Plug | 6 - Montana Of 300 - FGE Cypher 2 (Feat. Talley ... |
| 7 - Born To Ball - Montanaof300 0 | 8 - Angel With an Uzi - Montanaof300 0 | 9 - Montana Of 300 _Busta Rhymes_ (Prod by Ch... | 10 - Montana of 300 & Talley of 300 - FGE Cyphe... | 11 - Montana of 300 & Talley of 300 - Rock N Roll | 12 - Planet of the Apes |
| 13 - Never Gave Up | 14 - FGE Cypher, Pt. 3 | 15 - FGE Cypher Pt. 4 (feat. No Fatigue, Tall... | 16 - Like That (feat. Talley of 300 x No Fatigue) | 17 - MI's Mad, Pt. 2 | 18 - Talley Of 300 - Good Grief (Thanksgivin... |
| 19 - Wifin' You | 20 - FGE LOADED Montana Of 300, J-Real, ... | 21 - Montana Of 300 x Talley of 300 - Gas Mask ... | | | |

PLEADING TITLE - 21

# EXHIBIT J

1
2
3
4
5
6

EXHIBIT J

7

Certificate of Registration

8

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**
**SRu 1-232-585**
**Effective Date of Registration:**
May 13, 2016

9
10

Maria A. Pallante

United States Register of Copyrights and Director

11

**Title**

12

Title of Work: CHARISMA GO HAM beats

13

**Completion/Publication**

Year of Completion: 2015

14

**Author**

15

Author: Langston M. Childs
Author Created: sound recording, Production
Citizen of: United States
Year Born: 1991

16

**Copyright Claimant**

17

Copyright Claimant: Langston M. Childs
4129 N 84th Street, Milwaukee, WI, 53222, United States

18
19

**Certification**

20

Name: *Joyce Santos*
Date: May 13, 2016
Applicant's Tracking Number: 39150137

21
22

Correspondence: Yes
Copyright Office notes: Basis for Registration: Unpublished collection

23
24
25
26

Page 1 of 1

27
28

PLEADING TITLE - 22



Jason E. Garber, MD FACS
Stuart S. Kaplan, MD FACS
Gregory L Douds, MD
**Scott Glickman, DO FACOS**
Aurangzneb Nagy, MD FAANS
Patrick McNulty, MD

*Assistant to Dr. Glickman: Catherine Busbee*
*(702)462-3722   cbusbee@lvspineandbrain.com*

January 15, 2020

RTC of Southern Nevada

*RE: CHILDS, LANGSTON*

To Whom It May Concern:

Langston Childs is a young man who suffers from neurofibromatosis who underwent a very complicated surgery on his neck. He is doing much better with his recovery, but still travels with a wheelchair and a walker at all times. The services from the RTC for transportation for his disability are still required period. He is in ongoing rehabilitation therapies and ongoing follow up for neurosurgical care. Please provide him appropriate transportation services for wheelchair or walker care period. Thank you.

Yours truly,

Scott Glickman DO FACOS
Board Certified Neurosurgeon, Neurotintensivist
Las Vegas Neurosurgical Institute
Center for Spine and Brain Surgery
Division of Complex Care

*This document is dictated and signed but not read.  Please excuse any typographical errors.*

**Tenant Accommodation Request Form**

Date 8/30/2022

Request Redo 9/22/2022

Physician's Name PANdoRa Williams

Tenant's Name Langston Childs

Physician Phone _____ Procare Medical Group
7855 Blue Diamond Rd #102   Email _____
Las Vegas, NV 89178
Facility _____ Phone: 702-331-9464
Fax: 702-331-9917

Describe the nature, extent, and duration of your disability

Permenet Disabled with debiluaty Hx of Neuozeloination
This result with Multi-cyear failer, Multi Musculuskutal
faku adonirut, His turnirs insaudtho spers severely result
I will limited ablity, walk, ed-ho(R) leg Lowe cesect
Describe the accommodations you believe are needed will recent 2018

Requesta limt aparter on furst floor
with soon to lese his wheelchar when needed
His diagnoses is permnent witth contend acheivment
a scan of bone destiecits due to tumrs multiply
Provide the name, address, telephone and fax numbers of your health care provider

Procare Medical Group
7855 Blue Diamond Rd #102
Las Vegas, NV 89178
Phone: 702-331-9464
Fax: 702-331-9917

I authorize the release of information regarding my disability to Advoned Mgmt Comt
management as deemed necessary by Raquel Perez to facilitate this request for
accommodation

Tenant signature: _____

Physician signature: _____

Date: 9/22/2022

*Last pages not attached*

Attach any supporting documentation that may be helpful in evaluating this request for accommodation

I authorize the release of information regarding my disability to
*Advanced Mgmt Group* , as deemed necessary to facilitate this request for accommodation

**Doctors signature:** _____

**Patient signature:** _____

**Date:** 9/22/2022

CHILDS, Langston **DOB: 07/16/1991 (31 yo M) Acc No. 142454 DOS: 08/30/2022**



**PROCARE**
**Medical Group**

**Childs, Langston**
31 Y. old Male, DOB: 07/16/1991
Account Number: 142454
5101 E TWAIN AVE, APT 151, LAS VEGAS, NV-89122-4713
Home: 702-553-9529
Guarantor: Childs, Langston  Insurance: Nevada
Medicaid Payer ID: SKNVo
Appointment Facility: Procare Medical Group (Mtn Edge)

08/30/2022                                    Progress Notes: Pandora Williams, PA-C

**Current Medications**
Not-Taking/PRN
- Lidocaine 5 % Ointment 1 application to affected area as needed Externally Three times a day
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
Medication List reviewed and reconciled with the patient

**Past Medical History**
Neurofibromatosis, unspecified.
Scoliosis, unspecified.

**Surgical History**
spine sx 09/2018
L leg sx 09/2018

**Family History**
Father: alive
Mother: alive

**Social History**
Screenings:
Flu Shot: never Wafer,Daneisha 8/30/2022 10:50:31 AM >.
Colonoscopy: screening Wafer,Daneisha 8/30/2022 10:50:37 AM >. PSA: screening never Wafer,Daneisha 8/30/2022 10:50:54 AM >. Eye Exam: Screening 1 yr ago Wafer,Daneisha 8/30/2022 10:50:43 AM >. no Alcohol. Wafer,Daneisha 8/30/2022 10:50:59 AM >. no Recreational drug use.
Wafer,Daneisha 8/30/2022 10:51:02 AM >. no Smoking. Wafer,Daneisha 8/30/2022 10:51:06 AM >. no Quit smoking. Wafer,Daneisha 8/30/2022 10:51:11 AM >. Caffeine: yes, coffee, tea- occasional Wafer,Daneisha 8/30/2022 10:51:15 AM >. no Exercise. Wafer,Daneisha 8/30/2022 10:51:19 AM >.

**Reason for Appointment**
1. Questions/ppwk.dwp

**History of Present Illness**
annual physical:
31 year old male presnting to cliniuc requesting paper work for request to change his up stairs apartment ot downstairs wiht more space to facilitate his wheelchair to be used in the apartment more space to accomdate. He admit to living in the same apartment for five years you have requested a change to the first floor in the past however has always been denied. Due to his chronic diagnosis of neurofibromatosis with neuromuscular scoliosis mobility was 100% depending on his wheelchair. However with ongoing management by the specialist and spine surgeon he was being evaluated for possible surgical correction with hopes that would allow him to be able to ambulate at some point therefore he was very patient with his denials in the past. At this point his surgery was very successful almost two years ago now in that he is able to ambulate without his wheelchair a Walker for short distances and periods of time. However he still need to use his wheelchair and Walker for mobility inside his apartment and outside his apartment depending on severity of his symptoms of pain and weakness secondary to his chronic diagnosis. He continued to have pain in multiple joints secondary to the chronic diagnosis of neurofibromatosis He denied chest pain, tachycardia, palpitations, headaches, abdominal pain,.

**Vital Signs**
Ht 71 in, Wt 127.4 lbs, BP 118/80 mm Hg, HR 80 /min, RR 18 /min, Temp 98.1 F, Oxygen sat % 98, BMI 17.77 Index.

**Examination**
Thoracic Spine/Upper Back:
VERTEBRAL SPINE TENDERNESS: tenderness in paraspinal muscles thoracic and lumbar spine.Well healed surgical scar t-spine to l/s spine. Scattered flesh tumors on entire back due to neurofibromatosis non tender to touch. Much impaired ability to ambulate compared to a year ago however he will always have continued limitations secondary to his chronic diagnosis of

CHILDS, Langston **DOB:** 07/16/1991 (31 yo M) **Acc No.** 142454 **DOS:** 08/30/2022

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
ICU 2018

**Review of Systems**
Constitutional:
See HP1 for details.

neurofibromatosis will always need his wheelchair cane and or a Walker depending on severity of his symptoms . RASH/SKIN LESION: scattered flesh color tumors on anerior posterior trunk few on extremeties and face .
ENT/Respiratory:

General Appearance: oriented x 3 pleasant, appear chronic ill due to his diagnoses of neurofibromatosis NAD thin frame well nourished and hydrated Well groomed Appear a little uncomfortable sitting in exam room chair This is the first time I seen him out of his wheechair . Eyes: connuctiva clear EOM's intact pupils perla bilateral. Ears: tympanic membranes normal bilaterally. Nose: unremarkable. Throat: no erythema or exudate. Neck: supple, non-tender, no lymphadenopathy. Heart: RRR, normal S1 S2, no murmurs. Lungs: clear to auscultation bilaterally good expansion symmetrical. Abdomen: soft, NT/ND, BS present. Extremities:

difficulty changing from he exam room chair to a standing , he is able o am. Not much muscle mass due to his chronic diagnoses However his ability to ambulate has much improved since surgical correction for a thoracic spine almost two years ago. . Extremeties week upper and lower bilatreal DTR 2+ bilaterl upper and lower bilateral

**Assessments**
1. Neurofibromatosis, unspecified - Q85.00 (Primary)
2. Neuromuscular scoliosis, thoracolumbar region - M41.45
3. Pain in unspecified joint - M25.50

**Treatment**
**1. Neuromuscular scoliosis, thoracolumbar region**
Notes: Discussion with patient regarding his presenting request for paperwork to be completed to accommodate him with a first floor apartment with additional space to accommodate his wheelchair as needed is extremely indicated and appropriate.

Discussion with patient regarding his ongoing positive attitude and compliance with all medical requirements Is a major reason for his successful very intense surgical procedure on his entire thoracic spine almost two years ago that have allowed him to be able to be ambulatory at all. His chronic diagnosis of neurofibromatosis and neuromuscular scoliosis has no cure only symptom matic treatment . Most people do not have such a success after the surgery that allowed them to be ambulatory at all. It is very important that he continued to comply with using his wheelchair in his apartment as well as out side depending on severity of his symptoms of increased weakness and pain in multiple joints including his thoracic spine . He is 100% disabled secondary to his chronic ongoing medical diagnosis and I strongly recommend that he be considered to move to a apartment on the 1st floor that is larger to accommodate the use of his wheelchair for mobility Forms completed take reflect the same.

Progress Note: Pandora Williams. PA-C  08/30/2022

https://nvpomcapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encou...  9/22/2022

CHILDS, Langston **DOB:** 07/16/1991 (31 yo M) **Acc No.** 142454 **DOS:** 08/30/2022

**Follow Up**
6 Months

**Electronically signed by Pandora Williams , PA-C on
08/30/2022 at 12:10 PM PDT**

**Sign off status: Completed**

**Procare Medical Group (Mtn Edge)**
**7855 BLUE DIAMOND RD**
**STE 102**
**LAS VEGAS, NV 89178-9354**
**Tel: 702-331-9464**
**Fax: 702-331-9917**

**Progress Note: Pandora Williams, PA-C   08/30/2022**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

PRIORITY MAIL EXPRESS

PRIORITY MAIL EXPRESS

PRESS FIRMLY TO SEAL

*This product is for use with Priority Mail Express®. Misuse may be a violation of federal law. This label is not for resale.*

VISIT US AT USPS.COM®
Label 119, Nov 2018

United States Postal Service

PRIORITY





U.S. POSTAGE IMI
$30.45
06/25/24
2000052187

PRIORITY MAIL EXPRESS®

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



---

**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**

EI 977 997 777 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (702) 553-9529

Langston M Childs
8302 W Flamingo RD
Las Vegas, NV 89147

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

US District Clerk Office
219 S Dearborn ST
Chicago, IL

ZIP + 4® (U.S. ADDRESSES ONLY)
6 0 6 0 4

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ PEEL FROM THIS CORNER



**PAYMENT BY ACCOUNT (If applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.



| ORIGIN (POSTAL SERVICE USE ONLY) | | |
|---|---|---|
| ☑ 1-Day ☐ 2-Day ☐ Military ☐ DPO | | |
| PO ZIP Code 89147 | Scheduled Delivery Date (MM/DD/YY) 06/26/24 | Postage $ 30.45 |
| Date Accepted (MM/DD/YY) 06/25/24 | Scheduled Delivery Time ☐ 10:30 AM ☑ 6:00 PM | Return Receipt Fee $ COD Fee $ |
| Time Accepted 3:05 ☐ AM ☑ PM | Insurance Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 30.45 |
| Weight 15.9 ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials | |

| DELIVERY (POSTAL SERVICE USE ONLY) | | |
|---|---|---|
| Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM | Employee Signature | |
| Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM | Employee Signature | |

LABEL 11-B, NOVEMBER 2023    PSN 7690-02-000-9996

---





# UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL EXPRESS®


EMS

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


RECEIVED

JUL 02 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

This product is for use with Priority Mail Express®. Misuse may be a violation of